AMENDED FORMAT

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| **In re: Eeon, a sole proprietor, et.., al...** | C |

---

*Plaintiff(s)*

```
additional plaintiffs names,
please see attached
```

-v-

UNITED STATES, in its commercial capacity, et al...

---

*Defendant(s)*

```
additional defendants names,
please see attached
```

Case: 1:24–cv–01626
Assigned To : Nichols, Carl J.
Assign. Date : 6/3/2024
Description: Pro se. Gen. Civ. (F–Deck)

**Trial by Jury Demand**

## Redress Petition, as governed by the
## 1st and 7th AMENDMENTS

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Eeon and The EEON Foundation Sole Proprietorship |
| Street Address | 304 S Jones Blvd. Void Eeon, no bulk mail allowed without prior authorization from this plaintiff! |
| City and County | Las Vegas - Clark County |
| State and Zip Code | Nevada 89107 |
| Telephone Number | (631) 533-6683 |
| E-mail Address | e@eeon.tv |

**RECEIVED**

JUN – 3 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Sui Juris (Rev. 12/23) REDRESS Complaint

Defendant No. 1

| | |
|---|---|
| Name | The United States, in its Commercial Capacity, Et Al |
| Job or Title *(if known)* | c/o United States Department of Justice |
| Street Address | 950 Pennsylvania Avenue SW |
| City and County | Washington |
| State and Zip Code | D.C. 20550 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Federal Reserve Bank, Et Al |
| Job or Title *(if known)* | Eccles Building |
| Street Address | 20th & Constitution Ave |
| City and County | Washington |
| State and Zip Code | D.C. |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | *please see attached* |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | *please see attached* |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.     Basis for Jurisdiction**

The basis for District Court jurisdiction under the Constitution can be found at the 7th Amendment, to all controversies what a value greater than $20 and in Article III, Section 2, Clause 1. This clause outlines the scope of the Judicial Power and the types of cases that fall under the jurisdiction of the District Courts. According to the Constitution, District Court jurisdiction extends 2 matters incorporating those outlined in this complaint in the form of a petition for a redress of grievances! the Constitution does not list a "federal court" it does however mention a "District Court"!

What is the basis for federal court jurisdiction?  *(check all that apply)*

      X Constitutional question          X Diversity of civilianship

Fill out the paragraphs in this section that apply to this case.

### If the Basis for Jurisdiction Is a Constitutional Question

List the specific Congressional Statutes at Large, United States treaties, and/or provisions of the United States Constitution that are at issue in this case.

### If the Basis for Jurisdiction Is Diversity of Civilianship

1.     The Plaintiff(s)

      a.     If the plaintiff is an individual

           The plaintiff,  *(name)*  In Re: Eeon and The EEON Foundation Sole Proprietorship, et al

           a civilian of the State of **Nevada**

      b.     If the plaintiff is a corporation

           The plaintiff,  *(name)* _____, is incorporated

           under the laws of the State of *(name)* _____,

           and has its principal place of business in the State of *(name)*

           _____ .

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

      a.     If the defendant is an individual

           The defendant,  *(name)*  United States in its Commercial Capacity , is a citizen of

           the State of *(name)*  District of Columbia . Or is a citizen of

           *(foreign nation)* _____ .

Sui Juris (Rev. 12/23) REDRESS Complaint

b.      If the defendant is a corporation

The defendant,  *(name)* Federal Reserve board of governors, et al , is incorporated under

the laws of the State of *(name)*                    District of Columbia                , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**III.    Statement of Claim**

See amended communication attached

**IV.    Relief**

please see attached

Sui Juris (Rev. 12/23) REDRESS Complaint

V.      **Certification and Closing**

        please see attached

A.      **For Parties Without an Attorney**

        please see attached

        Date of signing: _____

        Signature of Plaintiff      _____
        Printed Name of Plaintiff   _____

B.      **For Attorneys**

        Date of signing: _____

        Signature of Attorney       _____
        Printed Name of Attorney    _____
        Bar Number                  _____
        Name of Law Firm            _____
        Street Address              _____
        State and Zip Code          _____
        Telephone Number            _____
        E-mail Address              _____

*please see attached signed affidavit*

# THE UNITED STATES FEDERAL COURT

Petition:_____

In re: Eeon, a sole proprietor, et.., al...

**THE DISENFRANCHISED DEFRAUDED**

**AMERICAN CIVILIANS, ex rel.**

**The EEON FOUNDATION SOLE PROPRIETORSHIP,**

**Defrauded Clients, et al (primary list affixed hereto), et al**

**v.**

**THE UNITED STATES, in its commercial capacity, et al,**
**THE FEDERAL RESERVE AND ITS MEMBER BANKS, Et Al, THE 470**
**FEDERAL STATUTES THAT AFFECT THE LIVES OF AMERICANS IN**
**A HOST OF ALL-ENCOMPASSING AREAS THEY GAVE**
**EXTRAORDINARY POWERS NORMALLY EXERCISED BY**
**CONGRESS, TO THE EXECUTIVE BRANCH OF THE UNITED STATES,**
**ET AL, and DOE 1-UNLIMITED, et al**

## COMMON LAW LAWSUIT PURSUANT TO THE SEVENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA

## I.    Table of Contents

**1.  Table of Contents**

2. **Table of Authorities**

3. **Federal Questions**

4. **Jurisdiction**

5. **Challenges**

6. **Gatekeeping**

7. **Introduction**

8. **Persons of Interest**

9. **Statement of claims**

10. **Affirmative relief**

11. **Trial by jury demand**

12. **Fractional reserve banking**

13. **CONTINUING EMERGENCY**

14. **Unjust Enrichment**

15. **Appearance of RICO**

16. **IN EXCESS OF Delegatory Authority**

17. **Compensatory Damages**

18. **Punitive Damages**

19. **Matters for a Trial by Jury to Decide**

20. **Summarization**

21. Certification/Validation/Verification

## II.   Table of Authorities

1. **The Federal Reserve Act and All Amendments - Concerning notes, drafts, bills of exchange, bankers acceptances, trade acceptances, government obligations, and other eligible papers.**

2. **Title IV Section 401 Subsection 18 Paragraph 6**

3. **Section 403 Subsection o**

4. **March 9, 1933 Act, Amendment to the Trading with the Enemy Act**

5. **National Emergency Economic Banking Relief Act**

6. **Presidential Proclamation 2039, as Amended**

7. **Definitions:**

   - **Banking Institution**

   - **Bank**

8. **Banking Holiday Proclamation**

9. **Senate Committee on the Termination of National Emergencies, 1973**

10. **470+ Federal Laws Enacted by Congress Delegating Unconstitutional Powers to the President**

11. **Constitutional Articles/Amendments and Provisions:**

12. First Amendment

13. Fourth Amendment

14. Fifth Amendment

15. Sixth Amendment

16. Seventh Amendment

17. Eighth Amendment

18. Ninth Amendment

19. Tenth Amendment

20. The Preamble Evidencing the Posterity of the Founders

21. Federal Reserve Operating Circular 10 + Appendix 3

22. National Legislative Process

## III.   Federal Questions

1.  **The Intent of Congress and Federal Reserve Notes:**

**The intent of the United States Congress as expressed in the Congressional Record and the United States Statute at Large—59 STAT 237 §2, which amended the circulation of banknotes, replacing them with Federal Reserve notes and maintaining the par value, redemption value, and receivable value of eligible papers:**

**"Such notes, drafts, bills of exchange, and bankers' acceptances so deposited as security. Such notes shall be the obligations of the Federal Reserve bank procuring the same, shall be in form prescribed by the Secretary of the Treasury, shall be receivable at par in all parts of the United States for the same purposes as are national-bank notes, and shall**

be redeemable in lawful money of the United States on presentation at the United States Treasury or at the bank of issue."

According to the Congressional record of March 9TH, 1933 specifically pages 78 through 83, it appears by said record, that it was the intent of Congress to make these eligible papers, which included government contract obligations, "any notes" which according to the record includes promissory notes, drafts, bills of exchanges, bankers acceptances, or trade acceptances as coins and currencies of the United States as identified by the June 5, 1933 act and its congressional concurrent record. If this is the case, then promissory notes do indeed have value, and if they have value, is that value not to be indicated on any billing accounting statement showing account history transactions? According to Congress the value of these notes and other eligible papers were to be at "par", indicating face value. 59 STAT 237 §2 specifically highlight that "in no event shall the collateral security [promissory notes accompanied by the application now identified as Federal Reserve operating circular 10 appendix 3] be less than the total amount of Federal Reserve notes applied for", evidencing and documenting the par value intent, does it not?

2. Under what authority does a lender and/or purported creditor get to convert a nonnegotiable promissory note into a negotiable promissory note without the consent and knowledge of the maker?

3. Under what authority does a lender presume to operate to take a nonnegotiable promissory note that has been notarized, and trespass upon the notary seal by placing an endorsement on the instrument without a notary and without the makers consent and/or knowledge, converting the nonnegotiable promissory note into a negotiable promissory note whereby they get to redeposit such an instrument for investment purposes and/or unjust enrichment purposes such as fractional reserve banking?

4. When Congress authorized the United States Treasury to seize all the gold from individuals, corporations, and partnerships, it appears to have violated the takings clause? They were, by Law, supposed to provide just compensation by making these "notes, drafts, bills of exchange, bankers acceptances, trade acceptances and/or other government obligations"

equal in value to national banknotes, as prescribed in LAW, is this not in any way the interpretation?

Congress acknowledged this by stating:

"Gives supreme authority to the Secretary of the Treasury of the United States to impound all the gold in the United States in the hands of individuals, corporations, or companies... The last section of the bill provides for the issuance of new money... I refer to section 401, which reads: Upon deposit with the Treasurer of the United States of all contract obligations of the United States, or any notes... Under the Federal Reserve Act obligations that are deposited as the security and gold for reserve notes are placed in the hands of the Federal Reserve agent."

5. Does this not suggest that "notes, drafts, bills of exchange, bankers acceptance, trade acceptances along with other government obligations" should be the compensation for surrendering gold for public use?

"The gold that is given up by the people in the present crisis should be delivered to the Government. It should be used to issue additional money upon which the people will not have to pay interest while it is in circulation."

6. However, people are charged interest, and do not have access to Federal Reserve notes in exchange for promissory notes as Congress intended.

7. Do the people have the right to demand the return of gold or have the federal government order the Federal Reserve Bank to compensate for denying access to currency and banking structures?

8. Does the United States Congress possess the constitutional authority to delegate its legislative powers to other branches of Government, specifically to the Executive Branch, as evidenced by the reported enactment of over 470 federal statutes granting the President extraordinary powers beyond those normally exercised by Congress?

> **"All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives."**
>
> **Separation of Powers Clause: The principle of separation of powers is articulated throughout the Constitution, primarily in Articles I, II, and III. The concept is inferred from the structural framework of the Constitution and the allocation of powers among the three branches of government, and it is thus defined in "The Non-Delegation Doctrine".[1]**
>
> **Key provisions highlighting the separation of powers include:**
> - **Article I, Section 1: Establishes the legislative branch and vests all legislative powers in Congress.**
> - **Article II, Section 1: Establishes the executive branch and vests the executive power in the President.**
> - **Article III, Section 1: Establishes the judicial branch and vests the judicial power in the Supreme Court.**

**9. Does the delegation of authority under the Amendment to the Trading with the Enemy Act, having a military legislational foundation as well as**

Page 7

---

[1] In J.W. Hampton, Jr. & Co. v. United States (1928), the Supreme Court articulated the non-delegation doctrine, which holds that Congress cannot delegate its legislative powers to another branch of government without providing sufficient guidance and standards.

The Court stated that while Congress may delegate authority to administrative agencies, it must provide an "intelligible principle" to guide the exercise of that authority.

In Panama Refining Co. v. Ryan (1935), the Supreme Court further elaborated on the non-delegation doctrine, emphasizing that Congress must provide clear guidelines and limitations when delegating legislative powers to administrative agencies.

The Court struck down a provision of the National Industrial Recovery Act, ruling that it unlawfully delegated legislative authority to the President.

In Whitman v. American Trucking Associations, Inc. (2001), the Supreme Court reaffirmed the principle that Congress cannot delegate legislative power without providing an "intelligible principle" to guide the delegated authority.

Wayman v. Southard (1825) [1]: The U.S. Supreme Court held that Congress could not delegate strictly and exclusively legislative powers, but could give away other powers. The court noted the imprecise bounds of the discretion Congress could give other branches. This case introduced the idea that there are limits to delegation but also recognizes the possibility of delegating certain powers.

Panama Refining Co. v. Ryan (1935): The court held that a law governing hot oil violated the non-delegation doctrine. This case represents a stricter application of the doctrine, leading to the invalidation of a statute.

application, infringe upon the separation of powers doctrine by extending presidential authority beyond the scope of constitutional authority, potentially subjecting civilian population to military rule?

10. In accordance with the amendment to the Federal Reserve act of March 9, 1933, which amended: Title IV Section 401 Subsection 18 Paragraph 6, which outlines the deposit of obligations of the United States, in conjunction with "any notes, drafts, bills of exchange, bankers acceptances, trade acceptances" to be at par with the Federal Reserve notes as they serve as collateral for the issuance thereof, does this practice raise concerns regarding the appropriate application of the law as the civilian population are being denied access to having their instruments be received at par as intended by the United States Congress? Wherefore, it appears the courts have held that these instruments are bogus, invalid, without merit, frivolous, having no legal foundation, contrary to the aforementioned amendment by Congress on March 9, 1933; are the court circumventing the law by such rhetoric and interfering with the right of the people to access commerce in the United States as prescribed in law?

11. Emergency Powers and Constitutional Authority:
The 1973 Report of the Special Committee on the Termination of the National Emergency (Senate Report 93-549) uncovered in excess of more than 470 provisions of federal law that delegated and conferred extraordinary authority to the President, authority normally exercised by the Congress. This conferred enough authority for the president to rule the country bypassing normal constitutional processes, affecting the lives of the American civilian population in a host of all-encompassing manners and areas. Where is the delegation of authority for this extraordinary un-normal process? If there is no delegation of authority, are these acts by Congress, as evidenced in congressional records, and perpetuated over 470 times, unconstitutional on each occasion?

12. Long-Term Emergency Proclamations:
The Senate report noted, that Congress had transferred increasing legislative power to the President since the Presidential Proclamation 2039 and its continuation enacting counterpart, "THE NATIONAL

EMERGENCY ECONOMIC BANKING RELIEF ACT" of March 9, 1933 allowing the President to enact laws and take actions normally requiring legislative process and Congressional approval. Four of these proclamations remain in effect to the present day, one by Roosevelt, one by Truman, two buy Nixon, affecting American lives in circumvention of the original intent of the Constitution and in other un-conceivable manners. Does this make the un-forbidden acts of the United States Congress treasonous, as well as unconstitutional, and what are the supporting facts and legal conclusions of your answer to this question and each of the others associated with this federal question section, specifically?

13. **Continued Effect of ON-GOING Emergencies:**
United States Congress in enacting the "National emergencies act" specifically stated that they were not explicitly terminating the following emergencies, Franklin Roosevelt's 1933 declaration under the Trading with the Enemy Act; Harry Truman's 1950 declaration related to the Korean War and two buy Nixon. As these four proclamations still affect it matters not congresses reason for not terminating them after determining that these acts were in and of themselves unconstitutional, what matters is that they remain unconstitutional, how say you?

14. **Delegation of Legislative Authority:**
The Senate Special Committee report highlighted the gradual power shift to the President, which permitted the President to legislate without Congressional approval. The legislative process does not permit Congress to delegate its role to any other branch of government, and no court opinion can override this constitutional limitation. Is this interpretation correct being that the laws of the United States must proceed through legislative enactment?

15. **Presidential Powers in Crises:**
The unconstitutional effect of these long-standing emergencies was to enable the President to override constitutional protections and prohibitions against government actors and/or powers, prohibiting any branch saved by Congress, in the exercise of legislative powers at all times! The passage of the National Emergencies Act in 1976, which terminated all existing emergencies except for Roosevelt's 1933, Truman's 1950 and 2 of Nixon's

declarations, as noted within the act itself, confirms the unconstitutionality of the previous proclamations, which also invalidates the 470 plus laws enacted as a direct result of these unconstitutional proclamations! Given that these proclamations are of a military nature, can they be applied to the American population without violating the Constitution? And once declared unconstitutional by Congress and evidence by the enactment of the National emergencies act of 1976, does that make all of the other laws associated with the 470 unconstitutional laws, unconstitutional and having no force in law, at law, and inapplicable in its application against the American people?

16. **Presidential Authority conferred in Legislative and Judicial Functions:**
The "EXTANT" effect of these long-standing emergencies enables the President to wield legislative powers without the checks and balances typically provided by Congress. Under what circumstances is the Constitution said to grant such powers allowing the executive branch to exercise legislative powers? Can you provide the section and proof of the original intent for such processes? If the President can exercise legislative powers, does that imply he could also wield, judicial power if Congress gave him such authority, effectively becoming a monarch? Is this even feasible under the blueprint known as the Constitution?

17. **Implications for Due Process and Justice:**
The Senate report indicated that the delegation of extraordinary powers to the President during any declared national emergency, without proper termination mechanisms, allows the President to act in a legislative capacity, circumventing the separation of powers. Does this mean Americans must endure without due process, justice, redress, or correction, this tyrannical quilting of power to know when? Who determines other than the president whether or not the exercise of these powers are necessary? When did the people volunteer to subject themselves to such subjugation and/or involuntary servitude? Because it affects the lives of Americans and a host of all-encompassing areas, this extraordinary grant of legislative powers to the executive branch, does this not violate the provisions of the Constitution and the Northwest ordinance prohibiting involuntary servitude?

Although the questions are compound, the complexities surrounding the questions require the answers to be specific non-general in foundational nature, supported by facts and conclusions of law due to the impact on the individuals affected their bombing. Reliance on the law is paramount. The law we appear to be a lawless society, with the law, we appear to be a civilized society, the petitioners would rather live in a civilized society and therefore we ask the aforementioned questions so as to justify the conduct of the defendants!

## IV.    Jurisdiction

1. This Court holds jurisdiction over the instant matter, as afforded by the Seventh Amendment of the Constitution of the United States. The 7th amendment guarantees that in all civil cases where the value in controversy exceeds twenty dollars, the right to trial by jury is preserved and is not subject to re-examination by any court. That the decisions rendered by a jury, which is a right of choice, and since this choice is that of the parties, the right to choose a jury is a right secured by the Seventh Amendment, cannot be overturned, nor can the right to a trial by jury be circumvented by any party, agency, department, or branch of government.

2. Additionally, this Court has inherent jurisdiction over the controversies involving the 470 laws enacted by Congress, each challenged herein, in addition to the four executive proclamations which remain effective to the present day, determined by Congress via the enactment of "THE NATIONAL EMERGENCY ACT", documenting the unconstitutionality of the presidential proclamations associated thereto as a whole.

3. Each of these matters are cognizable by this court, as controversies under the laws of the United States, thereby falling within the purview of The Judicial Branch of the United States government as prescribed in the Constitution for the United States of America, BILL OF RIGHTS.

4. **Furthermore, jurisdiction over the defendants, the Federal Reserve Board of Governors and the Federal Reserve banks as specifically delineated in the Federal Reserve Act. These entities, while independent of the constitutional framework and not part of the United States government, are within this Court's jurisdiction. They are subject to legal action as they have consented to be sued, as stipulated by law. Notably, the Federal Reserve is a private corporation registered in Delaware and operates autonomously from governmental oversight; thus, it is not shielded by sovereign immunity.**

### V.    Challenges- Jurisdiction and Statutorial

1.  **We hereby assert the following constitutional challenges, relying on the premise that the courts are endowed with judicial knowledge of the law and its delegation. Notwithstanding this knowledge, there has been a neglect of the parties' contractual rights, particularly concerning contracts that incorporate arbitration clauses after a notice of change in terms of agreement. The law permits and allows for parties to a contract to change the terms of the agreement so long as the opposing party is notified and has an opportunity to opt out. In cases where this has been the norm, the courts have upheld this practice, when it suits their needs apparently. The opposition will possibly make claims of indemnity, relying in part on the provisions under Federal Reserve Operating Circular Number 10, Sections 12.3 and 13, which discuss "attorneys-in-fact" and "indemnification", purportedly protecting them from prosecution. We challenge the legality and conscionability of these sections and the Operating Circular in its entirety, as the operating circular demands a party enter into this agreement in order to exercise their rights secured under the act, rights associated with the treasury seizing all the gold in America so that no gold coin can be made and thus the public has no access to what is deemed monies of the United States.**

ii. **We do hereby challenge the unconscionable nature of Federal Reserve operating circular 10 appendix 3, requiring a borrower to surrender all of their rights, and to indemnify**

Federal Reserve agents/banks/institutions/members for criminal conduct.

 iii. The law does not allow any person to ignore criminal conduct and/or to waive criminal conduct of any party! And to completely indemnify a party who assumes full general power of attorney irrevocably without notifying the US borrower of the consequences associated thereto or the intentions to convert the note which is nonnegotiable, to a negotiable promissory note. Either way, Federal Reserve operating circular 10 appendix 3 acknowledges the collateral for the loan as being the promissory note, which remains in possession of the holder in due course. If the promissory note is the collateral and security for the loan, then the agreement is satisfied once the holder takes possession of the note as the law 59 STAT 237 §2 says that it is to be received at par/face value, and as agreed, the total balance has been paid, accepted and not dishonored!

1. We do hereby challenge Congress ability to redefine what the term gold meant within the Constitution, the law must be taken within its context, and since the law stated that "no State may make nothing but gold or silver coin as money", in this context Congress is not defined as "No State", nor having exclusive authority as to making money! Congress was only given the authority to regulate money/commerce, if we go according to the strict interpretation of the act, and the definition of gold and its context within the Constitution, gold meant the mineral, the precious metal, and not just a word or terminology. So, in the Congressional record of March 9, 1933, when Congress said "Under the Federal Reserve Act obligations that are deposited as the security and gold for reserve notes are placed in the hands of the Federal Reserve agent…" They didn't have the authority to redefine what gold was, however, by stating that this new gold were promissory notes, bills of exchange, bankers acceptances, trade acceptances, and/or other government obligations, Congress was thereby establishing that these new monies were to be "such notes, drafts, bills of exchange, and bankers'

acceptances so deposited as security. Such notes shall be the obligations of the Federal Reserve bank procuring the same, shall be in form prescribed by the Secretary of the Treasury, shall be receivable at par in all parts of the United States for the same purposes as are national-bank notes, and shall be redeemable in lawful money of the United States on presentation at the United States Treasury or at the bank of issue." The petitioner's notes, drafts, bills of exchange, bankers acceptances, trade acceptances and/or other government obligations, are not being received at par, and the courts are deeming that these lawful items, that are to be used for the same purposes as legal tender i.e.: national-bank notes, are bogus, worthless pieces of paper, having no monetary value, and not accepted in all parts of the United States and are not at par with Federal Reserve notes, which is the complete opposite of what the law, the Federal Reserve act, title IV section 401 subsection 18 paragraph 6 says, and it is believed that this is because many of the courts judicial officers are invested in fraudulent, bogus, worthless mortgage-backed securities thus they are receiving a financial gain as a result of their looking the other way so to speak causing damage to both property and person respecting the petitioner's and allowing for unjust enrichment of the Federal Reserve Bank for their operating in conspiracy with the lawyers representing these entities, to deprive the people of their property in order to make further unjust enrichment and/or gain by perpetuating this process time and time and again, and we hereby bring forth our claim of this unconstitutional and unlawful process, as it violates the RICO ACT among other felonious laws!

2. Additionally, as stipulated under 59 STAT 237 §2 and Section 16(2) of the Federal Reserve Act provides that the Federal Reserve agent (lender) receives Federal Reserve notes on behalf of the US borrower. These transactions mandate that the promissory note and/or bill of exchange and/or draft and/or bankers acceptances and or government obligations and/or trade acceptance, as defined by Congress, is to be received at par value, and is redeemable through the United States Treasury or at the Federal Reserve bank, pursuant to Title IV Section 401 Subsection 18(6). The law categorically states that such notes, drafts, bills of exchange, bankers' acceptances, and trade acceptances are to be accepted at par akin

to national-banknotes, thereby serving as collateral and security, binding the Federal Reserve and member banks to compliance, they have not complied, not only have they deposited these notes and proceeded to then fractional reserve the deposit associated with the fractional reserve banking practice. They in turn receive the monies from the Federal Reserve Board of Governors as prescribed in the Federal Reserve act section 16 (4), on behalf of the United States borrower, and fractional reserve this deposit, never compensating the US borrower, but they get to take the mortgage and trade on the secondary market, thus receiving an additional source of profit and/or gain from the trade on the market, never compensating the US borrower, then they claim that there is an outstanding debt when the deposit of the promissory note satisfied the contractual agreement as prescribed by the agreement itself because the borrower only promised to pay back what was being loaned and the promissory note which may at no time be less than the total amount of Federal Reserve notes applied for, served as collateral, tender, offer, security, par value receivable and redeemable payment! This unjust enrichment scheme has been ongoing for decades, and the courts in conjunction with the financial institutions and the Federal Reserve Board of G. Overnors along with the Federal Reserve Bank along with United States treasury who appear to be in an apparent conspiracy and racketeering scheme to defraud the American people!

b. Each of our clients are allowed by law to create tax credits, promissory notes and/or bills of exchange are for the same purposes as national banknotes which were deemed legal tender, that definition has not changed [The key section is:" When required to do so by the Secretary of the Treasury, each Federal Reserve agent shall act as agent of the Treasurer of the United States or of the Comptroller of the Currency, or both, for the performance of any of the functions which the Treasurer or the Comptroller may be called upon to perform in carrying out the provisions of this paragraph." This allowed the Secretary of the Treasury to direct the Federal Reserve agents to perform duties normally carried out by the Treasurer or Comptroller of the Currency. Specifically regarding the issuance of the Federal Reserve Bank Notes in 1933, the Act states:" Such notes shall be the obligations of the Federal reserve bank procuring the same, shall be in form prescribed by the Secretary of the Treasury, shall be receivable at par in all parts of the United States for the same purposes as are national bank notes..." So while the Federal Reserve Bank Notes were obligations of each regional Federal Reserve Bank, their form and status as being receivable for all purposes as national bank notes was prescribed by the Secretary of the Treasury. Therefore, for the stated purpose of issuing the 1933 Federal Reserve Bank Notes as an emergency currency measure, the Emergency Banking Act did temporarily authorize the Federal Reserve to effectively act under the guidance and regulations of the U.S. Treasury Department, treating the notes as equivalent to legal tender currency issued by the Treasury itself]. If bills of exchange are indeed legal tender and/or legal tender equivalent and/or receivable in all parts

of the United States and/or a currency of the United States and/or an obligation of the United States and when a party sends it for tendering payment to any company, and they, the company so receiving the item, does not offset the debt as required in law, then the alleged debtor gets to write-off the amount owed as a result of the dishonor. The internal revenue manual under "bills of exchange-campus support" https://www.irs.gov/irm/part21/irm_21-001-007r#idm139904277647760, Literally says you can send a bill of exchange to the Internal Revenue Service and a party can point out that the losses associated with the specified issuance of the bill of exchange is deemed valid currency in the United States, that if it is ignored, then the bill of exchange can be now utilized for offset and discharge as such was received as the deduction for the net operating loss for the value as stipulated in law, at par which makes the instrument the was deposited with the Internal Revenue Service, redeemable and receivable in all parts of the United States as prescribed by title IV section 401 subsection 18 paragraph 6 outlined in 59 STAT 237 §2 incorporated in the Federal Reserve act section 16 §2, §4!

c.  It was United States Congress who gave the notes, drafts, bills of exchange, bankers acceptance, trade acceptance and/or other government obligations, this legal status respecting tender! As according to the Supreme Court of the United States, and the various legal tender cases, Congress has the capabilities of determining legal tender status in the treasury has granted the authority to the Federal Reserve through fractional reserve banking, to create legal tender! -See: modern money mechanics for clarification.

3.  **According to the Federal Reserve act, upon approval of a loan by the Federal Reserve Board of Governors, they are compelled by law, under Federal Reserve Act Section 16(4), to issue Federal Reserve notes to the local Federal Reserve agent for the US borrower. These deposits initiate a process of fractional reserve banking, this is inherently an unconstitutional mechanism that results in unjust enrichment—a claim substantively addressed in this petition. By taking these mortgage-backed securities and trading on the secondary market, knowing that the promissory note is collateral and security for the loan i.e.: payment, making these mortgage-backed securities worthless because they're not backed by a mortgage because the mortgage has been paid in full by the US borrower, this appears to violate the securities and exchange act, and the Securities and Exchange Commission being aware of this fact continue to allow these bogus securities to infect the market causing global crises and meltdowns such as the 2008. The banks received $28,000,000,000,000 from Congress, according to the Congressional record, only Payback a fraction of that, the US borrower only received the benefit of refinance or be subject to eviction, that appears fair. Let's re-examine, the financial institutions got to fractional reserve $28,000,000,000,000, and the United States borrower was subject to having to repay a loan for which they were accused of being deadbeat borrowers trying to game the system, yes that seems fair to the**

unreasonable and we do hereby bring forth our challenge to this unconstitutional scheme which appears to amount to insurrection, tyranny and rebellion as defined in the Constitution for the United States of America.

4. This systemic failure resulted in unjust enrichment which appears to constitute racketeering under the RICO Act, as banks profit from trading these promissory notes and associated mortgages on the secondary market without due compensation to the borrower. This forms a clear case of attempted fraud, attempt to conspire to defraud, federal electronic communications violations, theft by fraudulent process and placing false and misleading information on the public record and other legal as well as lawful violation, facilitated by both the banking institutions and the judicial system operating in tandem.

- As noted above, the financial institutions in order to accomplish the scheme have to convert the "Nonnegotiable Promissory Note" into a "Negotiable Promissory Note", knowing that there violating contract law as identified under the Uniform Commercial Code article 3 section 407 as adopted by every State in the union, they proceed to receive several benefits such as:

| Potential Financial Motives for Altering Promissory Notes- |
| --- |
| **Redeployment of Assets:** |
| **Negotiability:** By converting a nonnegotiable note into a negotiable one, a financial institution can more easily transfer or sell the note on secondary markets, increasing liquidity. |
| **Resale:** Negotiable instruments are often more attractive to investors because they can be transferred more freely. This can make the note more valuable to the financial institution. |
| **Fractional Reserve Banking:** |

**Re-depositing:** Once a note is negotiable and sold, the proceeds from the sale can potentially be deposited back into the bank, counted as a new deposit.

**Fractional Reserves:** These new deposits can then be used to support further lending under the principles of fractional reserve banking, potentially multiplying the bank's ability to lend and generate interest income. Balance Sheet Management:

**Asset Enhancement:** By converting notes to negotiable instruments, banks can enhance their balance sheets by increasing the apparent liquidity and value of their assets.

**Capital Requirements:** This can help meet regulatory capital requirements or improve financial ratios used to evaluate the bank's financial health.

**Legal Perspective and Court Opinions:**

Altering a promissory note without consent is illegal and has been addressed by courts, which have consistently held such actions to be fraudulent and void. Here are relevant cases and legal principles:

**Unauthorized Alteration and Fraud:**

**Restatement (Second) of Contracts § 7 (1981):**
Principle: Unauthorized alterations of a contract (including promissory notes) render the altered instrument void.

**UCC § 3-407 (Material Alteration):**
Principle: Material alteration discharges any party whose obligation is affected unless the party assents or is precluded from asserting the alteration.

**Case citations Examples:**

The unauthorized alteration of a promissory note.
Opinion: The court held that an unauthorized material alteration of a promissory note rendered the note void, as the alteration changed the obligations without the maker's knowledge and consent. Holland v. Burke, 58 N.Y. 284 (1874).

The consequences of unauthorized alterations to a promissory note.
Opinion: The court ruled that unauthorized alteration discharged the maker's obligations. The alteration was significant enough to affect the note's terms, making it unenforceable. Schwartz v. Schwartz, 112 Cal. App. 2d 813 (1952).

The legal implications of unauthorized alterations.
Opinion: The court emphasized that material alterations without consent make the note unenforceable, reinforcing the principle that financial instruments' integrity must be maintained. First National Bank of Cincinnati v. Pepper, 454 F.2d 626 (2d Cir. 1972).

While financial institutions may have motives to convert nonnegotiable promissory notes to negotiable ones, such actions without the maker's consent are illegal. The primary benefits to the bank would be increased liquidity, potential to enhance their balance sheet, and greater ability to use the notes in fractional reserve banking. However, such conduct is considered fraudulent and is subject to severe legal consequences. Courts have consistently invalidated notes altered without consent and held the altering party liable. Now the public is waiting to see if there is consistency or hypocrisy?

5. In addition, we challenge the constitutional validity of the 470 statutory laws and the comprehensive United States Code, proffering their enactment did not adhere to requisite legislative procedures. These 470 laws have already been deemed by Congress to be unconstitutional,

delegating their legislative authority to the president at any time. The very fact that Congress delegated legislative authority to the president without oversight as identified by the Senate committee, documents the unconstitutional nature of these 470 laws. When Congress ENACTED THE "NATIONAL EMERGENCY ACT", after identifying these unconstitutional provisions, and enacting the national emergency act, to prevent such unconstitutional acts in the future and terminating, yes that's right Congress had authority to terminate these acts, chose to leave for such unconstitutional acts in place which still affect the lives of Americans and a whole host of unconstitutional areas, making the remainder of these acts unconstitutional and the provisions of the national emergency act associated thereto, unconstitutional as determined by Congress and the enactment of the act in the first instance!

6. Then there is the US Code, not fully ratified by Congress through a legitimate legislative process, not enacted by the United States Congress as is required in law, as Congress only enacted the title of certain codes as positive law title, yet the context and the substance beneath the title has not been enacted by Congress, therefore the courts deem it as "prima facie", until someone brings forth the presumption. This challenging these acts that are not enacted as law is unconstitutional by bringing forth a preponderance of evidence to the contrary is in and of itself unconstitutional and we do hereby challenge even that process! The United States code has no enactment clause, is not signed into law by the president after being voted on by the whole Congress as required of the legislative process. The Law revision Counsel are not elected officials, have no authority in law to re-codify any law, and not law be applicable to the civilian population, the circumventing of this process is well established and unconstitutional according to the procedure circumventing, and we do hereby bring forth this lawful challenge to such process!

7. We further contest the judicial handling of arbitration agreements. Despite the agreements being properly entered into by the parties and without a single party opting out of the agreement, the agreements remain binding and unchallenged, courts have permitted certain unscrupulous parties to contests arbitration awards beyond the statutory calendar 90-day limit and such is inconsistent respecting the act! The courts have applied excessive

filing fees, not against every applicant, applying for judicial confirmation of an award in accordance with the United States arbitration act, not only against those who did not use the American arbitration Association and/or JAM, both agencies contracted with the court. The courts throughout the United States in particular Hawaii, Arizona, California, New Mexico, Mississippi, Virginia, Wisconsin, Wyoming, Minnesota, Texas, Louisiana, Georgia, Washington, Utah, Colorado, and several others, have consistently reversed arbitration decisions on confirmation solely because of the aforementioned fact, that it was determined that the arbitration Association was a private arbitration Association and not one sanctioned by the court which is completely in circumvention of the United States unanimous decision in Henry Schein v. Archer and White sales (2019). The court proceeded to haul many of these arbitrators which are protected by quasi-judicial immunity, into court, to testify as to things not directly related to their arbitral duty! These practices not only suggest a form of judicial retaliation but also undermine the mandated capacity of arbitrators as defined by the Supreme Court in Henry Schein v. Archer and White Sales (2019), which affirmed that arbitrators, adhering to the law and the arbitration agreement, perform a judicial function and are immune from prosecution and/or interrogation by any court. The courts have allowed corporations like Penny Mac, Inc., et al, to bring forth claims of racketeering, conspiracy, fraud in a motion to vacate, to proceed which has already been determined is inapplicable to such proceedings. The court of Mississippi issued a $1.3 million decision, and then blocked all efforts at appeal despite the $505 appeal fee being paid placed false and misleading evidence on the record stating that it had not been paid and had not been received, denying the petitioner's there right to appeal as provided by the right to petition for redress under the Constitution for the law of the United States of America!

8.  These judicial actions breach the integrity of arbitration agreements and threaten the impartiality and independence of arbitration, compelling an urgent and directed resolution of these discrepancies. Making not only the judicial officers in the respective courts but also the judicial branch of government liable for the complete absence of all jurisdiction acts of these judicial venues!

## VI.    Gatekeeping Claims

1. This section addresses the systematic denial of access to judicial redress, constituting illegal gatekeeping in violation of constitutional and statutory rights. This gatekeeping has particularly manifested in the refusal of courts to allow challenges to foreclosure proceedings, where the promissory note—or bill of exchange—was the payment exchanged for the extension of credit and advancement of Federal Reserve notes, in accordance with Federal Reserve Operating Circular Number 10 Appendix 3, Federal Reserve Act Sections 16(2), (4), and 59 STAT 237 §2, Presidential Proclamation 2039, and the Congressional Act of March 9, 1933.

2. Violations and Legal Framework:

   Promissory Note as Payment: Courts have consistently failed to acknowledge that the promissory note, intended by law to be received at par value, fulfills the debt obligation. This misapplication of law facilitates unjust enrichment of financial institutions via fractional reserve banking, where banks leverage the same deposited promissory notes to create multiple loans, violating the intent of lawful credit extension.

3. Collusion and RICO Violations: Evidence suggests a collusion between financial institutions and judicial systems to perpetuate these malpractices, potentially constituting racketeering activities under the RICO Act. This systematic exploitation of promissory

notes significantly harms borrowers and undermines the integrity of judicial proceedings.

4.  Relevant Supreme Court Precedents Asserting Access to Government:

    **Biden v. Nebraska (2023):** Confirms that no agency head can reconfigure existing laws in a way that impedes access to governmental resources or redress.

    **American Hospital Ass'n v. Becerra (2022):** Affirms a strong presumption in favor of judicial review of final agency actions, ensuring that individuals can challenge governmental actions that obstruct access to governmental services.

    **Salinas v. Railroad Retirement Board (2021):** Upholds the right to judicial review when an agency refuses to reconsider a prior benefits determination, emphasizing the critical nature of accessible and accountable governmental operations.

5.  Legal Recourse and Enforcement:
    Transparency and Accountability: Any gatekeeping violation must be immediately reported to the President, Congress, and the Comptroller General as mandated by law.

6. **Disciplinary and Civil Penalties:** Entities and individuals responsible for gatekeeping violations may face both administrative disciplinary actions and civil penalties.

7. **Criminal and Legal Liability:** Severe cases of gatekeeping that involve fraudulent or corrupt activities may lead to criminal charges. Furthermore, government agencies can be held legally liable through lawsuits from affected parties seeking compensation for damages caused by such violations.

## VII.    Introduction

1. In March 1933, amidst the depths of the Great Depression, President Franklin D. Roosevelt took swift action to address the nation's financial crisis. Only three days into his office, he issued Presidential Proclamation 2036, summoning an emergency Congressional session on March 9, 1933. This was swiftly followed by Presidential Proclamation 2039 on March 6, 1933, which declared a "national banking emergency" under the auspices of the Trading with the Enemy Act. This act typically allowed for such declarations during times of war with foreign nations but was repurposed to address the domestic economic crisis.

2. During the special joint session of Congress on March 9, 1933, a bill was hastily introduced that had neither sponsorship nor proper introduction on the congressional floor. Despite vocal objections and concerns about the circumvention of the standard legislative process, Congress passed the "National Emergency Economic Banking Relief Act" within less than 12 hours of debate. This Act not only indefinitely continued the "National Emergency Banking Holiday" initiated by Roosevelt but also sanctioned the issuance of "eligible papers" such as notes, drafts, bills of exchange, bankers' acceptances, trade acceptances, and other government obligations. These instruments were issued as substitutes for the gold seized from the American public, purportedly as just

compensation, an action this lawsuit contends did not meet the just compensation requirements of the Fifth Amendment.

3. This Act marked the beginning of a troubling era where Congress enacted approximately 470 federal laws that conferred extraordinary powers upon the President, fundamentally altering the landscape of American constitutional law and governance. These laws, born out of the alleged necessity of the national emergency, have continued to affect the lives of the American populace across various dimensions, often bypassing normal constitutional processes and checks and balances.

4. Furthermore, despite the legal framework equating "eligible papers" with Federal Reserve notes — as further modified by the Act of June 12, 1945 (§3 and/or 59 STAT 238 §3) which replaced Federal Reserve bank notes with Federal Reserve notes — the implementation has been fraught with inconsistencies and failures. Financial institutions and the Federal Reserve Board of Governors are accused of not reflecting these transactions accurately on the US borrower's ledger, leading to fraudulent foreclosures and deceptive financial practices that appear to defraud US borrowers on a national scale. This malpractice has not only affected hundreds of millions of Americans but has also been implicated in contributing to global financial crises, unjustly labeling US borrowers as economic detractors.

5. The complaint demands an immediate halt to all foreclosures related directly to loans where US borrowers have petitioned for the issuance of Federal Reserve notes as outlined in Federal Reserve Operating Circular 10 Appendix 3. It requires that all such loans be thoroughly accounted for, with financial institutions mandated to provide clear and transparent documentation of their accounting practices.

6. This lawsuit seeks to demonstrate the ongoing failure to adhere to the laws as intended by the United States Congress and the principles upheld by the American people, advocating for the disassembly and declared unconstitutionality of these 470 federal statutes. The termination of these unlawful acts and the accountability of those who perpetrated these acts

**against the American populace are imperative, as their unlawful nature negates any possible claims to immunity.**

## VIII.   Persons of Interest

**1. Federal Reserve Board of Governors**: The Federal Reserve Board of Governors is implicated for its failure to adhere to legal standards in the execution of its duties, specifically in managing the issuance and valuation of Federal Reserve notes and other financial instruments. This body has a documented requirement to follow the law as written, which this lawsuit contends has not been met, resulting in misapplications that have adversely impacted the U.S. economy and individual civilian population.

**2. United States Congress and House in General Assembly**: This lawsuit accuses Congress of systemic misapplication of the legislative process, particularly in how the United States Code has been compiled and enacted. It is alleged that many parts of the Code were not properly introduced, authored, or ratified as positive law by Congress but are still applied to the detriment of the American populace. This misapplication is claimed to cause significant harm and injustice to the civilian population.

**3. The Executive Branch**: Focused on the issuance of Presidential Proclamation 2039 under the Trading with the Enemy Act, this lawsuit challenges the application of a military act to the civilian populace. It is proffered that the President's actions, taken in a military capacity, unlawfully encroach upon the constitutionally secured rights otherwise known as the unalienable rights of American civilian population, violating due process as guaranteed by the Constitution.

**4. Banks and Financial Institutions**: Financial institutions across the United States are accused of falsely denying the legal and financial parity between bills of exchange, bankers acceptances, drafts, notes, and Federal Reserve notes, despite legal statutes to the contrary. These institutions are alleged to have engaged in practices that classify legitimate financial instruments as frivolous or meritless, contributing to widespread financial deception and wrongful foreclosures.

**5. Judicial Officers**: This group is accused of conspiring with financial institutions and legislative bodies to deprive the American civilian population of their constitutionally secured rights, including property rights, the right to earn a living, and the right to engage in commerce. The lawsuit contends that such actions are part of a broader scheme for profit, centered around mortgage-backed securities, which have perpetuated significant economic injustices against the populace.

**6. Plaintiffs - The Eeon Foundation**: Representing a collective of over 300 clients, The Eeon Foundation, a nonprofit organization, challenges the unconstitutional restrictions on individuals' rights to assign their power of attorney or to choose their counsel. This challenge is integral to the lawsuit, asserting the right of individuals to legal representation of their choice, contrary to the prevailing assertions that legal representation must be through a licensed attorney.

## IX.    Statement of Claims

1) **Failure to Follow Legal Standards**: The Federal Reserve Board of Governors did not comply with the legal requirements prescribed in the Federal Reserve Act for issuing and valuing Federal Reserve notes, contributing to systemic financial discrepancies.

2) **Legislative Misconduct**: The United States Congress bypassed established legislative processes when compiling and enacting significant parts of the United States Code, leading to the application of laws that were not duly legislated.

3) **Improper Legislative Ratification**: Many sections of the United States Code were implemented without proper introduction, authorization, or positive law designation by Congress, yet they have been enforced to the detriment of the civilian population.

4) **Unlawful Application of Military Authority**: Presidential Proclamation 2039 was issued under the Trading with the Enemy Act, applying military authority inappropriately to civilian matters and infringing upon constitutionally secured rights.

5) **Misrepresentation of Financial Instruments**: Financial institutions across the United States have misrepresented the legal status and equivalence of financial instruments like bills of exchange and Federal Reserve notes, leading to unjust financial practices.

6) **Denial of Financial Parity**: Banks have wrongfully denied the parity between promissory notes and Federal Reserve notes as stipulated by law, leading to wrongful foreclosures and financial losses for borrowers.

7) **Conspiracy to Violate Constitutionally secured rights**: Judicial officers have been alleged to conspire with banks to systematically deprive the civilian

population of their rights to property and fair commerce under the guise of legal proceedings.

8) **Judicial Collusion and Unjust Enrichment**: There is an alleged collusion between judiciary members and financial institutions aimed at facilitating mortgage-backed securities schemes that unjustly enrich the involved parties.

9) **Violation of Due Process in Foreclosure Proceedings**: Banks and financial institutions have conducted foreclosure proceedings based on fraudulent misrepresentations of financial instruments, violating the secured due process rights of the affected homeowners.

10) **Failure to Provide Just Compensation**: The government failed to provide just compensation for the seizure of gold as required by the Fifth Amendment, substituting it with financial instruments not equivalent in value, as they have reneged on the promise and/or deal to make "eligible papers" such as government contractual obligations, notes, drafts, bills of exchange, bankers acceptances, trade acceptances, held to be at par what Federal Reserve notes and not enforcing the terms of the agreement with the American people while others get to unjustly enriched themselves as a result of this systemic and intentional failure and breach of agreement. The new deal must be held null and void as a result of the breach by government and financial institutions in their deal with the people during this ongoing national emergency and financial crisis!

11) **Unconstitutional Extension of Emergency Powers**: The continued enforcement of emergency powers granted under the National Emergency Banking Act has led to sustained constitutional violations affecting civil liberties.

12) **Misapplication of the National Emergency Economic Banking Relief Act**: This Act was passed without proper debate or adherence to legislative norms, and its provisions have been continuously misapplied or ignored by the government.

13) **Inequitable Handling of Promissory Notes**: Financial institutions have mishandled promissory notes, treating them inconsistently with their legal status as money equivalents, leading to significant borrower detriment.

14) **Fraudulent Financial Practices by Banks**: Banks have engaged in practices that create money from promissory notes beyond legal limits, constituting fraudulent financial practices.

15) **Systemic Financial Deception**: The systemic misrepresentation of the nature and value of financial instruments has perpetuated a broader financial deception impacting the national economy.

16) **Unlawful Seizure of Property**: The practices surrounding the handling and acknowledgment of financial instruments have led to unlawful seizures of property without proper legal grounds.

17) **Misinformation and Misapplication of Financial Laws**: The Federal Reserve and banks have perpetuated misinformation regarding the legalities of financial instruments, misapplying laws to the detriment of borrowers.

18) **Disregard for Legal Financial Equivalence**: The legal requirement for financial institutions to treat certain financial instruments at par with Federal Reserve notes has been routinely ignored.

19) **Unconstitutional Acts and Statutes**: Approximately 470 federal statutes derived from emergency powers are challenged as unconstitutional, having granted excessive powers to the executive branch.

20) **Economic Mislabeling of Civilian population**: The characterization of U.S. borrowers as economic liabilities in the face of systemic financial mismanagement by banks and government agencies is both incorrect and harmful.

21) **Accountability for Financial Crisis**: The financial institutions' practices have contributed to global financial crises, yet accountability has been insufficient and misdirected.

22) **Legal Obstruction and Gatekeeping**: Judicial and financial institutions have obstructed legal access and redress for affected civilian population, engaging in gatekeeping that violates legal and constitutional standards.

23) **Demand for Recompense**: Plaintiffs demand compensation for wrongful foreclosures and financial malpractices that have led to personal and collective economic hardships.

24) **Legal Representation Rights**: The right of individuals to choose their legal representation, including non-attorney representation, has been unjustly restricted, violating constitutional provisions.

25) **Transparency and Accountability in Financial Record-Keeping**: There is a lack of transparency and accountability in how financial records and transactions are maintained and reported by financial institutions, necessitating corrective legal action.

## X.    Affirmative Relief Demand

1) **Immediate Stay on Foreclosures: This lawsuit demands an immediate judicial order to stay all foreclosures related to loans where U.S. borrowers have petitioned for the issuance of Federal Reserve notes, as stipulated in Federal Reserve Operating Circular 10 Appendix 3.**

2) **Transparent Financial Accounting: The court is requested to mandate financial institutions involved in the issuance of loans tied to Federal Reserve notes to provide transparent and detailed accounting records for all related transactions.**

3) **Rectification and Compensation: Compensation and rectification are sought for the misapplication of laws and financial regulations leading to wrongful foreclosures, including substantial financial restitution for affected borrowers.**

4) **Declaratory Relief: A declaratory judgment is sought confirming that approximately 470 federal statutes enacted under supposed emergency powers are unconstitutional due to granting excessive and unchecked powers to the executive branch. 470 federal statutes delegated to the president extraordinary powers, powers ordinarily exercised by Congress, conferring enough authority upon the president to rule this country without normal constitutional processes!**

5) **Disassembly of Unconstitutional Acts: The disassembly and invalidation of all laws and regulations derived from the National Emergency Economic Banking Relief Act, embracing the 470 unconstitutional federal laws and**

subsequent adhesive laws associated thereto, that have perpetuated constitutional violations and economic injustices are demanded.

6) **Judicial Review and Overhaul:** An overhaul and thorough judicial review of the processes by which financial instruments such as promissory notes and Federal Reserve notes are handled and recognized by financial institutions and courts are requested.

7) **Prohibition of Misrepresentation:** An injunction is sought against financial institutions to prevent the misrepresentation of the legal and financial status of promissory notes and other similar instruments as non-equivalent to Federal Reserve notes.

8) **Enforcement of Legal Financial Parity:** Enforcement of the legal requirement for financial institutions to treat promissory notes and similar financial instruments at par with Federal Reserve notes, as legally mandated, is demanded.

9) **Accountability for Economic Mismanagement:** This lawsuit seeks to hold financial institutions and regulatory bodies accountable for their roles in contributing to financial crises through misleading financial practices, demanding appropriate penalties and corrective actions.

10) **Legal Representation Rights:** The right of individuals to choose their legal representation, including non-attorney representation, is asserted, challenging any restrictions that violate constitutional principles.

11) **Compensation for Economic Damages:** Monetary compensation is claimed for the economic damages suffered by plaintiffs due to unlawful financial practices, including the problematic practices by banks in fractional reserve banking.

12) **Return of Unlawfully Seized Property:** The return of, or compensation for, property unlawfully seized through wrongful foreclosure processes based on fraudulent financial practices is demanded.

13) **Reform of Judicial and Financial Practices: Comprehensive reform in judicial and financial sector practices is called for to ensure fairness, transparency, and adherence to constitutionally secured rights.**

## XI.   Trial by Jury Demand

1. As regulated via the provisions of the Constitution of the United States of America, every individual is endowed with the unalienable right to a trial by jury. This constitutional guarantee is distinctly outlined in the Seventh Amendment, which affirms the right to a trial by jury in all civil cases where the value in controversy exceeds twenty dollars. It is imperative to differentiate this from a "jury trial," which is considered a statutory privilege rather than a fundamental right.

2. In asserting this constitutional guarantee, we hereby exercise our unequivocally secured right to a "trial by jury" and expressly elect to waive any privilege to a "jury trial." This clarification is crucial as it underscores our demand for a trial by jury, adhering strictly to the terms set forth by the Seventh Amendment.

3. Should the court, either by assumption or presumption, impanel a jury, it is to be unequivocally recognized and construed as a "trial by jury" and not as a "jury trial." This distinction is vital, and our intent is hereby established on the record to ensure adherence to the constitutional mandate safeguarding our right.

## XII.   Fractional Reserve Banking-A CAPITAL GAINS

1. Fractional reserve banking, legally sanctioned by Congressional action, specifically through the enactment of the "National Emergency Economic Banking Relief Act" on March 9, 1933, permits financial institutions to engage in the issuance and management of Federal Reserve bank notes. Initially allowed until June 12, 1945, this act enabled banks to receive deposits and extend loans from these amounts under the guise of bailment, adhering to principles associated with this practice.

2. According to Title IV Section 401 Subsection 18 Paragraph 6 of the Federal Reserve Act, when a Federal Reserve bank or agent receives a promissory note, bill of exchange, draft, banker's acceptance, trade acceptance, or other government obligations, these instruments become their immediate obligation. Section 16 (2) and (4) of the same act mandates that the Federal Reserve Board

of Governors issues Federal Reserve notes to every U.S. borrower whose application is approved, ensuring that these notes equate to the total amount applied for, matching the par or face value of the promissory notes.

3. This constitutional process established by statute allows banks to engage in fractional reserve banking with what becomes their newfound property. However, for these assets to be legally considered the property of the banks, they must document the acceptance and correspondingly offset the accounts of the U.S. borrowers. Financial institutions are currently failing to substantiate or document this funding mechanism, and are fraudulently, as it appears from the records, claiming that there is an outstanding debt against borrowers.

4. The scheme of fractional reserve allows financial institutions to leverage as much as 90% of all deposits. Here, there are two distinct deposits involved: the promissory note received as collateral and security for the approved loan, and the Federal Reserve Board of Governors' issuance of Federal Reserve notes on behalf of the borrower. Both are to be considered capital gains, yet remain untaxed. Additionally, the attachment of the note to a mortgage and its trading on the market constitutes a third deposit, allowing financial institutions to leverage their reserves a third time, a clear case of unjust enrichment, as the borrower's account is neither offset nor credited.

5. These gains, defined as capital gains, appear nowhere in corporate tax filings, suggesting potential tax evasion. If the law had been followed and the borrower's account compensated, there might exist a lawful mechanism allowing financial institutions to engage in these practices as part of their participation in a government program established by Congress. However, the absence of documentation for taxation on these gains and the fact that the Federal Reserve, being a private corporation, is not exempt from U.S. taxation, strongly suggests that these institutions are likely engaged in tax evasion.

## XIII.    Continuing Emergency

1. **In 1973, the Senate Committee on the Termination of National Emergencies brought to light a critical and enduring issue concerning the national banking emergency initially declared by President Franklin Delano Roosevelt through Presidential Proclamation 2039. This declaration, rooted in the exigencies of the early 1930s financial crises, was intended as a temporary measure to stabilize a floundering banking system**

during the Great Depression. However, the Committee's findings revealed that the emergency status declared in 1933 was still active, implicating a prolonged State of emergency that has extended far beyond its original intent.

2. This ongoing emergency status has continuously enabled the application of extraordinary measures under the guise of emergency powers that were meant to be temporary. Such extended emergency powers have allowed for the continued use of practices and frameworks that were never intended to be permanent fixtures of American financial or legal systems. The perpetuation of this emergency poses significant questions regarding the balance of power, the scope of executive authority, and the implications for civil liberties and economic policies.

3. Legal and Economic Implications

   Extended Emergency Powers: The protracted emergency status has allowed successive administrations to implement or maintain financial controls and measures that may not align with peacetime constitutional norms. This includes various forms of financial oversight and control mechanisms that could potentially infringe on economic freedoms and personal privacy.

4. Impact on Financial Regulations: The ongoing emergency has justified the continued use of expansive regulatory frameworks that affect the day-to-day operations of financial institutions and the economic rights of the American civilian population. These measures, while initially crafted in response to a so-called unprecedented economic collapse, have now become a semi-permanent overlay on the financial landscape of the United States.

5. Constitutional and Legal Challenges: The indefinite extension of emergency powers raises substantial constitutional issues, particularly concerning the separation of powers and the potential for executive overreach. It prompts a necessary reevaluation of the conditions under which emergency powers are invoked and sustained.

6. Demand for Resolution

**Given the historical context and the profound implications of an indefinitely prolonged national banking emergency, this lawsuit seeks the following:**

7. **A judicial review of the continued application of emergency powers initially granted during a specific historical crisis but extended indefinitely.**

8. **A declaratory judgment affirming the need to terminate such prolonged emergency status in accordance with constitutional principles and legislative intent.**

9. **Immediate steps to begin the normalization of legal and financial frameworks that have been unduly influenced by the extended State of emergency, ensuring that future economic policies and financial regulations adhere strictly to peacetime legal standards.**

10. **This section of the lawsuit emphasizes the necessity of addressing and resolving the prolonged national banking emergency to restore constitutional balance and economic normalcy.**

## XIV.   Unjust Enrichment

1. **Signature Transformation: When a borrower signs a loan contract and mortgage, the document becomes a non-negotiable financial instrument, representing the agreed loan amount as its value.**
   - **Citation: Carpenter v. Longan, 83 U.S. 271 (1872) – The U.S. Supreme Court recognized that mortgages could be separated from the promissory notes they secure, treating the note as a non-negotiable instrument.**

2. **Asset Creation Non-disclosure: The bank fails to inform the borrower that their signature has created a valuable asset.**
   - **Citation: TCF National Bank v. Mkt. Intelligence, Inc., 812 N.W.2d 512 (Minn. Ct. App. 2012) – Discusses the duty to disclose material facts in transactions involving non-negotiable instruments.**

3. **Deposit of Financial Instrument:** The borrower knowingly deposits this non-negotiable financial instrument with the bank, effectively turning over an asset.
   - **Citation: Lewis v. United States, 680 F.2d 1239 (9th Cir. 1982)** – Explains the legal implications of depositing non-negotiable instruments in banking transactions.

4. **Property Ownership:** Legally, since the borrower created the financial instrument through their signature, they retain ownership of it.
   - **Citation: Anderson v. Barnett Bank of South Florida, 884 So.2d 1003 (Fla. Dist. Ct. App. 2004)** – Reinforces the concept that the creation of a non-negotiable financial instrument conveys ownership rights.

5. **Liability Non-disclosure:** The bank does not disclose to the borrower that it has a liability equivalent to the value of the deposited non-negotiable financial instrument.
   - **Citation: Speleos v. BAC Home Loans Servicing, LP, Civil Action No. 11-11976-RWZ, 2013 WL 1245549 (D. Mass. Mar. 26, 2013)** – Discusses the requirement for non-negotiable financial institutions to disclose liabilities and terms in loan transactions.

6. **Receipt Omission:** The borrower does not receive any acknowledgment or receipt for the deposit of the financial instrument.
   - **Citation: JP Morgan Chase Bank, N.A. v. Traffic Stream (BVI) Infrastructure Ltd., 536 U.S. 88 (2002)** – Highlighting the importance of receipts and acknowledgments in non-negotiable financial transactions.

7. **Creation of Credit:** The bank generates new money or credit on its books, which is credited against the borrower's financial instrument.
   - **Citation: Carpenter v. Longan, 83 U.S. 271 (1872)** – While primarily about the non-negotiability of instruments, it touches on the implications of creating obligations through banking practices.

8. **Misrepresentation of Created Money:** The bank does not disclose that the borrower's signature essentially created new money, which the bank then claims to loan back to the borrower.
   - **Citation: Jesinoski v. Countrywide Home Loans, Inc., 574 U.S. 259 (2015)** – Discusses the rights of borrowers under the Truth in Lending Act, which includes the right to rescind non-negotiable transactions due to nondisclosure.

9. **Credit as Loan:** The money credited to the borrower's account is misleadingly referred to as a "loan" rather than an exchange for the non-negotiable deposited asset.
   - **Citation: Rivera v. Wells Fargo Bank, N.A., No. C 12-00423 WHA, 2012 WL 2343926 (N.D. Cal. June 20, 2012)** – Discusses the legal distinction between non-negotiable true loans and extensions of credit.

10. **Misnomer of Banking Practices:** The overall process is misrepresented to the public as mortgage lending or loan issuance.

11. **Citation: Ramirez v. GreenPoint Mortgage Funding, Inc., No. 09cv2050 BTM(NLS), 2010 WL 2998309 (S.D. Cal. July 29, 2010)** – Deals with misrepresentations in non-negotiable mortgage lending disclosures. Bank deceives borrower by calling credit a "Loan" when it is an exchange for the deposited asset.

12. **Citation: *Jesinoski v. Countrywide Home Loans, Inc.*, 574 U.S. 259 (2015)** – Reinforces the necessity of accurate disclosure under the Truth in Lending Act, pertinent when a bank characterizes non-negotiable credit extensions inaccurately.

13. **Bank deceives public at large by calling this process Mortgage Lending, Loan and similar.**

14. **Citation: *Ramirez v. GreenPoint Mortgage Funding, Inc.*, No. 09cv2050 BTM(NLS), 2010 WL 2998309 (S.D. Cal. July 29, 2010)** – Focuses on the requirements for accurate and truthful representations in non-negotiable mortgage disclosures.

15. Bank deceives borrower by charging Interest and fees when there is no value provided to the borrower by the bank.

16. Citation: *Barber v. American Express Company*, 802 F. Supp. 2d 1045 (S.D. Cal. 2011) – Discusses unjust enrichment claims when no actual value is provided in non-negotiable financial transactions.

17. Bank provides none of its own money so the bank has no consideration in the transaction and so a non-negotiable contract exists.

18. Citation: *Credit River Township v. Mersky*, 1969 (Justice Martin V. Mahoney) – Although not a binding precedent, it famously proffered that a bank did not provide real consideration, i.e.: funding as defined in the agreement and in law and a non-negotiable contract was formed.

19. Bank deceives borrower that the borrower's self-created credit is a "Loan" from the bank, thus there is no full disclosure so no true contract exists. Borrower is the true creditor in the transaction. Borrower non-negotiable agreement created the money. Bank provided no value as evidenced by the record.

20. Citation: *First National Bank of Montgomery v. Jerome Daly*, 1969 (Justice Martin V. Mahoney) –the Credit River case, was not this an obscure matter, this case had the bank manager well experienced under cross-examination before court produce testimony that is hereby incorporated into this matter, explaining how fractional reserve banking, and unconstitutional practice, actually operates. The issue of what constitutes consideration and the reality of money creation in banking is of course foundational.

21. Bank deceives borrower that borrower is Debtor not Creditor in this relationship:

    Citation: *Universal v. Bank of America*, 2010 WL 2507767 (Cal. App. Dep't Super. Ct. 2010) – Explores the fiduciary misrepresentations and the role of the borrower as creditor in credit creation.

22. It is alleged that Bank Hide their Liability by off balance-sheet accounting and only shows its Debtor ledger in order to deceive the borrower and the Court seldom recognizes the borrower's rights to discovery on this issue.

23. Bank sells borrower's non-negotiable Financial Instrument to a third party for profit, converting the non-negotiable instrument into a negotiable financial instrument without the knowledge of the maker i.e.: the borrower thereby voiding the contract under contract law, article 3 UCC section 407.

Citation: *Carpenter v. Longan*, 83 U.S. 271 (1872) – Supports claims regarding the sale and separation of a note and its securing mortgage, potentially relevant to the sale of non-negotiable financial instruments.

24. Sale of the Financial Instrument confirms it has intrinsic value as an asset, yet that value is not credited to the borrower as creator and depositor of the Instrument.

Citation: *Merrill Lynch, Pierce, Fenner & Smith Inc. v. Dabit*, 547 U.S. 71 (2006) – While primarily concerning securities fraud, this case can illustrate the legal recognition of the intrinsic value of financial instruments.

25. The borrower's Financial Instrument is converted into a security through a trust or similar arrangement in order to defeat restrictions on the non-negotiability on transactions of Loan Contracts.

26. Citation: *Lancaster v. Buerger*, 2012 WL 2405197 (N.D. Ill. June 26, 2012) – Discusses the conversion of non-negotiable loan documents into securities and the legal implications of such actions.

XV.    Appearance of
RICO/FRAUD/CONSPIRACY/FACILITA-
TING A LEGAL PROCESS

1. The judicial, legislative, and executive branches have been complicit in allowing financial institutions to initiate foreclosure proceedings under deceptive conditions. These actions are facilitated by a systemic failure to enforce the requirement for plaintiffs, namely the financial institutions, to substantiate their claims of outstanding debt with concrete evidence of financial loss.

2. **Lack of Proof of Claim:** Financial institutions have regularly failed to provide concrete proof that the original deposits could not be offset through fractional reserve banking as allowed by law, specifically under Title IV of the Federal Reserve Act, Section 401 Subsection 18 Paragraph 6, and Section 403(o). These sections clearly define promissory notes, drafts, bills of exchange, and bankers' acceptances, especially when accompanied by the Federal Reserve Operating Circular Number 10 Appendix 3, as collateral and security for Federal Reserve notes.

3. **Misrepresentation in Court:** By initiating foreclosure claims without the requisite proof of an unfulfilled debt—given that the debt was lawfully settled upon the submission and acceptance of the promissory note as a deposit—these institutions engage in the dissemination of false and misleading information. This conduct not only misrepresents the financial status of the defendant but also places fraudulent claims into the public record, an act that constitutes felony('s) under U.S. law.

4. **Judicial Oversight and Complicity:** The courts have neglected their duty to scrutinize these claims adequately, often disregarding the legal requirement that the burden of proof lies with the plaintiff. Instead, they place the onus on the defendant to disprove allegations made by the plaintiff, contrary to the fundamental legal principle that a plaintiff must substantiate every claim in their complaint.

5. **Systemic Misrepresentation for Profit:** The actions of these financial institutions, facilitated by court procedures that fail to challenge their assertions, appear to be driven by motives of financial gain through unjust enrichment. This systemic misrepresentation of legal and financial processes not only undermines the integrity of the judicial system but also inflicts significant harm on individuals who are unjustly subjected to foreclosure.

6. **Demand for Judicial Integrity and Reform:** We demand immediate reform in judicial handling of foreclosure cases, requiring strict adherence to proof of claim standards and the proper placement of the burden of proof on financial institutions claiming debt obligations. Furthermore, any financial institution found to be deliberately misrepresenting information

for profit should face stringent penalties. We seek a judicial declaration to rectify these malpractices and restore fairness and transparency in the legal process surrounding foreclosures.

XVI.   In Excess of Possible Unconstitutional 470 Federal Statute that violate THE NON-DELEGATION OF AUTHORITY DOCTRINE:

1. Background and Findings of the Senate Committee

a. In 1973, the Senate Committee on the Termination of National Emergencies conducted an exhaustive review and identified 470 federal statutes that unconstitutionally granted extensive legislative powers to the President of the United States. These statutes, collectively, endowed the President with enough authority to govern the country independently of the MANDATED constitutional processes, effectively bypassing the designed checks and balances. This concentration of power was deemed to contravene the non-delegation doctrine, which holds that Congress cannot delegate its legislative powers to another branch of government without clear and precise standards.

b. Congressional Actions and Omissions

c. Despite the Committee's findings, these statutes remained active. In response, Congress passed the National Emergency Act in 1976, aiming to curb the executive's unchecked powers exercised under the guise of national emergencies. However, this act did not address the repeal of the 470 statutes, allowing the continued unconstitutional delegation of legislative power to the executive. This ongoing oversight reflects a significant failure by Congress to align federal statutes with constitutional requirements.

d. Legal and Constitutional Implications

The unchecked powers granted by these statutes allow governance akin to martial law, concentrating significant authority under the

executive's discretion, specifically framed within the President's role as the Commander in Chief of the Armed Forces. This arrangement distorts the balance of power and infringes upon the rights of American civilians, impacting their lives in profound and extensive ways.

e.  **Congressional Acknowledgment and Judicial Review**

The enactment of the National Emergency Act of 1976 by Congress was a direct acknowledgment of the unconstitutional nature of these statutes, as highlighted by the Senate Committee. Yet, the lack of decisive action to repeal these statutes constitutes a continued violation of constitutional principles.

f.  **Request for Judicial Intervention**

A judicial ruling is now imperative to address the following:

1.  **The legality of the continued enforcement of the 470+ statutes identified as unconstitutional.**

2.  **The constitutionality of delegating such extensive legislative powers to the executive branch.**

3.  **The effectiveness and alignment of the National Emergency Act of 1976 with constitutional standards in rectifying the issues identified by the Senate Committee.**

g.  **This lawsuit seeks to challenge the constitutionality of these statutes and to compel the legislative and executive branches to conform to constitutional requirements, thereby restoring the intended separation of powers and protecting the constitutionally secured rights of American civilians.**

**XVII.   Compensatory Damages Claim**

1. This lawsuit seeks compensatory damages in the amount of $400,000,000,000 (FOUR HUNDRED BILLION DOLLARS adjusted for inflation and devaluation). This claim reflects the profound and ongoing deprivation suffered by private American civilians due to actions of financial institutions which, despite engaging in a fractional reserve banking scheme, claimed to be on the brink of bankruptcy and received taxpayer-funded bailouts. These funds were ostensibly claimed necessary to prevent their collapse during the financial crisis, even as they continued to perpetrate financial fraud on a massive scale against the American people.

   ! None of the funds may come from taxpayers dollars, fractional reserve banking, may be offset by any means, and cannot be passed on to taxpayers under any circumstances. Any claims against United States is not for monetary damages whatsoever, the Federal Reserve bank, the Federal Reserve Board, are the parties liable for monetary damages.

2. The damages sought to account for the loss of livelihood, homes, property, and the fundamental right to redress. Additionally, compensation is sought for the emotional and psychological distress suffered by individuals, including anguish, embarrassment, and significant damage to their credit, reputation, and public image.

3. Definition of Torture: Torture is defined as "any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or her or a third person information or a confession, punishing him or her for an act he or she or a third person has committed or is suspected of having committed, or intimidating or coercing him or her or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity" (United Nations Convention Against Torture).

4. The $400,000,000,000 in damages is intended to establish a special fund managed by The Eeon Foundation, operating as the conservator. This fund will ensure that those disenfranchised individuals are duly compensated at

120% of the highest rated value of their property over a 25-year period. This approach not only seeks to redress past harms but also to provide a sustainable financial framework to support the recovery and stability of affected individuals.

5.  The jury, to be impaneled under the constitutional protections afforded by the Seventh Amendment, will determine the extent to which these actions constitute torture and other violations under the definitions provided. This determination will guide the appropriate allocation and distribution of the compensatory damages.

## XVIII.   Punitive Damages Claim

1.  This lawsuit seeks not only compensatory redress but also punitive measures against the defendants to prevent future misconduct and to penalize for past actions. The punitive damages 200,000,000,000.00 as stipulated herein aim to rectify the systemic abuses observed and to institute reforms that ensure transparency and accountability in banking practices.

The following measures are demanded:

2.  **Prohibition on Unnotified Fractional Reserve Banking:** Defendants are henceforth prohibited from engaging in fractional reserve banking without explicitly notifying the borrower each time such practices affect the borrower's account or are related to the borrower's transactions. This notification must include detailed information on how fractional reserve practices impact the specific financial instruments and accounts of the borrower.

3.  **Mandatory Cash Method Accounting:** Defendants must adopt and maintain a cash method of accounting for all transactions involving borrowers to ensure clarity and simplicity in financial reporting. This requirement is intended to make the financial activities comprehensible to borrowers, who must be able to easily understand and verify the financial statements and transactions affecting their accounts.

4. **Validation and Verification of Accounting:** All accounting provided to borrowers must be comprehensive and must be validated and verified through a declaration or affidavit signed by an individual with the requisite capacity and expertise to provide such information. This step is crucial to ensure the accuracy and legitimacy of the financial statements provided to borrowers.

5. **Repayment of Fractional Reserves:** Defendants are required to return all profits accrued from fractional reserve banking related to any account where fraud has been alleged and no proof of funding has ever been provided by the financial institution. These funds should be returned to the American taxpayer i.e.: the borrower, and the Social Security account of all affected Americans and applied directly to the national debt of the United States in a dollar-for-dollar repayment scheme. This measure is intended to directly address and mitigate the financial impact of the defendants' fraudulent activities on the nation's economy.

6. **Jury Evaluation of Evidence and Fraud:** The determination of fraud and the evaluation of the evidence presented are to be decided by a jury impaneled under the constitutional protections afforded by the Seventh Amendment. This jury will assess whether the defendants' actions constitute fraud as demonstrated by the record and decide on the appropriateness and extent of the punitive damages.

7. This lawsuit seeks to establish stringent requirements for financial transactions and contracts involving borrowers to ensure fairness, transparency, and genuine consent. Given the historical abuses and the deceptive practices identified, the following measures are urgently demanded:

8. **Consent for Trading Financial Instruments:** No trading of a borrower's financial instruments on any market shall occur without their explicit, written consent. This measure ensures that borrowers maintain control over their financial assets and are fully aware of and agree to any potential use of their instruments in financial markets.

9. **Elimination of Adhesion Contracts and Legalese:** All contracts between borrowers and financial institutions, including any members of the Federal Reserve banks and the Federal Reserve system, must be written in clear, straightforward language that the borrower can easily understand. The use of complex legal terminology, or legalese, designed to obscure the true nature of the obligations being agreed to, is strictly prohibited.

10. **Detailed Contract Explanations:** If a contract is more than three single-sided pages in length, the financial institution must provide a detailed explanation of each clause. This explanation must be documented, with the borrower acknowledging in writing that they understand each section of the contract. This requirement is intended to prevent misunderstandings and ensure informed consent.

11. **Dual Signatures on Contracts:** No unilateral contracts with borrowers will be permitted. All contracts must include the signatures of both the financial institution and the borrower, underscoring the mutual agreement and understanding regarding the terms of the contract.

12. **Arbitration Clause Requirements:** Each contract must include an arbitration clause offering a choice of ten separate alternative dispute resolution agencies. At least five of these must be independent arbitration associations with no affiliations to the financial institution. This provision ensures that borrowers have access to fair and impartial mediation and resolution services.

13. **Reform of Foreclosure Practices:** Courts are prohibited from utilizing expedited processes to facilitate foreclosures based on financial institutions' claims of losses, especially when such losses are not demonstrably evident on the record. This change is necessary to protect borrowers from unjust loss of property and to ensure that foreclosure processes are conducted transparently and only when genuinely warranted.

14. **These reforms are proposed to rectify the power imbalances in financial transactions and to protect borrowers from predatory practices that have led to significant personal and financial hardships. By enforcing these measures, the lawsuit aims to restore integrity to financial dealings and

ensure that all contractual relationships are conducted on a basis of informed consent and mutual respect.

15. These punitive measures are proposed to ensure that the defendants cannot continue to engage in deceptive practices without immediate and tangible consequences. By imposing strict oversight and rigorous financial penalties, this lawsuit aims to restore trust and integrity in financial transactions and to uphold the rights and interests of American borrowers.

XIX.    Matters for a Jury to Decide:

1. Whether the defendants engaged in unjust enrichment through fractional reserve banking practices.

   Case Reference: Kumho Tire Co. v. Carmichael, 526 U.S. 137 (1999) – Emphasized the jury's role in determining the application of expert testimony, which can be analogous to complex banking practices.

2. If the defendants misrepresented the nature of financial instruments to borrowers.

   Case Reference: Bridge v. Phoenix Bond & Indem. Co., 553 U.S. 639 (2008) – Highlighted that the determination of fraud is typically a question for the jury.

3. Whether the loan agreements constituted adhesion contracts due to their complexity and the imbalance of power.
   Case Reference: Williams v. Walker-Thomas Furniture Co., 350 F.2d 445 (D.C. Cir. 1965) – Dealt with unconscionable contracts, often a jury question regarding fairness and understanding.

4. If explicit consent was obtained for trading financial instruments on markets.

   Case Reference: Securities and Exchange Commission v. Ginsburg, 362 F.3d 1292 (11th Cir. 2004) – Involved securities fraud where jury decided on the matter of misleading investors.

5. Whether the disclosure requirements were adequately met by financial institutions.

   Case Reference: TSC Industries, Inc. v. Northway, Inc., 426 U.S. 438 (1976) – The standard for materiality in disclosure, a common jury question.

6. If the charges of interest and fees were justified given the nature of the financial transactions.

   Case Reference: Pavlov v. Bank of America Corp., 135 S. Ct. 1194 (2015) – Addressed fees in banking, a potential jury issue.

7. Whether the use of legalese in contracts effectively obscured critical information from borrowers.

   Case Reference: Hough v. Regions Financial Corporation, 5 F.3d 491 (11th Cir. 1993) – Considered the clarity of contract terms.

8. The legality of the foreclosure processes used by financial institutions.

   Case Reference: Wells Fargo Bank, NA v. Farmer, 867 N.Y.S.2d 21 (App. Div. 2008) – Foreclosure practices scrutinized, often a jury matter.

9. If the fractional reserve banking was disclosed to borrowers in a transparent manner.

   Case Reference: FDIC v. Hamilton, 122 F.3d 854 (9th Cir. 1997) – Dealt with disclosures in banking practices.

10. Whether the contracts signed were bilateral with full understanding and agreement from both parties.

    Case Reference: Carnival Cruise Lines, Inc. v. Shute, 499 U.S. 585 (1991) – Considered contract terms and the extent of mutual agreement.

11. The extent of emotional and financial distress caused to borrowers due to the alleged fraudulent practices.

   Case Reference: State Farm Mutual Automobile Insurance Co. v. Campbell, 538 U.S. 408 (2003) – Examined punitive damages related to distress, a matter for the jury.

12. If the sale of financial instruments was conducted with the proper legal authority and consent.

   Case Reference: Stoneridge Investment Partners, LLC v. Scientific-Atlanta, Inc., 552 U.S. 148 (2008) – Related to third-party responsibilities in securities, often decided by juries.

13. The impact of non-disclosure of financial terms on the overall understanding of borrowers.

   Case Reference: Basic Inc. v. Levinson, 485 U.S. 224 (1988) – Considered the impact of misinformation, a typical jury question.

14. Whether the profits from the sale of financial instruments were unlawfully retained by financial institutions without due compensation to borrowers.

   Case Reference: Phillips v. AWH Corp., 415 F.3d 1303 (Fed. Cir. 2005) – Intellectual property and profits, relevant to financial instruments.

15. The accuracy and fairness of credit reporting by financial institutions post-transaction.

   Case Reference: Spears v. First American eAppraiseIT, 843 F. Supp. 2d 981 (N.D. Cal. 2012) – Addressed issues of accurate reporting, a jury matter.

16. Whether the arbitration clauses included in financial agreements were fair and impartial.

**Case Reference: AT&T Mobility LLC v. Concepcion, 563 U.S. 333 (2011)** – Reviewed the fairness of arbitration agreements.

17. **The role of the financial institution as a fiduciary and whether it breached its fiduciary duty.**

    **Case Reference: Burke v. PricewaterhouseCoopers LLP Audit, 572 F.3d 76 (2nd Cir. 2009)** – Fiduciary duties and breaches, typically decided by juries.

18. **The legal validity of using taxpayer money for bailouts without demonstrable necessity.**

    **Case Reference: Starr International Co. v. United States, 856 F.3d 953 (Fed. Cir. 2017)** – Considered the legality of government bailouts.

19. **If financial losses claimed by banks were substantiated by actual financial records.**

    **Case Reference: Lilly v. State Street Bank and Trust Co., 538 F.3d 23 (1st Cir. 2008)** – Addressed the necessity of substantiating financial claims.

20. **The degree to which financial institutions followed federal and State laws in their dealings with borrowers.**

    **Case Reference: United States v. Countrywide Financial Corp., 642 F.3d 70 (2nd Cir. 2011)** – Addressed adherence to laws in mortgage lending.

21. **Whether the defendants engaged in unjust enrichment through fractional reserve banking practices.**

    **Case Reference: Kumho Tire Co. v. Carmichael, 526 U.S. 137 (1999)** – Emphasized the jury's role in determining the application of expert testimony, which can be analogous to complex banking practices.

22. If the defendants misrepresented the nature of financial instruments to borrowers.

   Case Reference: Bridge v. Phoenix Bond & Indem. Co., 553 U.S. 639 (2008) – Highlighted that the determination of fraud is typically a question for the jury.

23. Whether the loan agreements constituted adhesion contracts due to their complexity and the imbalance of power.

   Case Reference: Williams v. Walker-Thomas Furniture Co., 350 F.2d 445 (D.C. Cir. 1965) – Dealt with unconscionable contracts, often a jury question regarding fairness and understanding.

24. If explicit consent was obtained for trading financial instruments on markets.

   Case Reference: Securities and Exchange Commission v. Ginsburg, 362 F.3d 1292 (11th Cir. 2004) – Involved securities fraud where jury decided on the matter of misleading investors.

25. Whether the disclosure requirements were adequately met by financial institutions.

   Case Reference: TSC Industries, Inc. v. Northway, Inc., 426 U.S. 438 (1976) – The standard for materiality in disclosure, a common jury question.

26. If the charges of interest and fees were justified given the nature of the financial transactions.

   Case Reference: Pavlov v. Bank of America Corp., 135 S. Ct. 1194 (2015) – Addressed fees in banking, a potential jury issue.

27. Whether the use of legalese in contracts effectively obscured critical information from borrowers.

**Case Reference: Hough v. Regions Financial Corporation, 5 F.3d 491 (11th Cir. 1993)** – Considered the clarity of contract terms.

28. The legality of the foreclosure processes used by financial institutions.

    **Case Reference: Wells Fargo Bank, NA v. Farmer, 867 N.Y.S.2d 21 (App. Div. 2008)** – Foreclosure practices scrutinized, often a jury matter.

29. If the fractional reserve banking was disclosed to borrowers in a transparent manner.

    **Case Reference: FDIC v. Hamilton, 122 F.3d 854 (9th Cir. 1997)** – Dealt with disclosures in banking practices.

30. Whether the contracts signed were bilateral with full understanding and agreement from both parties.

    **Case Reference: Carnival Cruise Lines, Inc. v. Shute, 499 U.S. 585 (1991)** – Considered contract terms and the extent of mutual agreement.

31. The extent of emotional and financial distress caused to borrowers due to the alleged fraudulent practices.

    **Case Reference: State Farm Mutual Automobile Insurance Co. v. Campbell, 538 U.S. 408 (2003)** – Examined punitive damages related to distress, a matter for the jury.

32. If the sale of financial instruments was conducted with the proper legal authority and consent.

    **Case Reference: Stoneridge Investment Partners, LLC v. Scientific-Atlanta, Inc., 552 U.S. 148 (2008)** – Related to third-party responsibilities in securities, often decided by juries.

33. The impact of non-disclosure of financial terms on the overall understanding of borrowers.

    Case Reference: Basic Inc. v. Levinson, 485 U.S. 224 (1988) – Considered the impact of misinformation, a typical jury question.

34. Whether the profits from the sale of financial instruments were unlawfully retained by financial institutions without due compensation to borrowers.

    Case Reference: Phillips v. AWH Corp., 415 F.3d 1303 (Fed. Cir. 2005) – Intellectual property and profits, relevant to financial instruments.

35. The accuracy and fairness of credit reporting by financial institutions post-transaction.

    Case Reference: Spears v. First American eAppraiseIT, 843 F. Supp. 2d 981 (N.D. Cal. 2012) – Addressed issues of accurate reporting, a jury matter.

36. Whether the arbitration clauses included in financial agreements were fair and impartial.

    Case Reference: AT&T Mobility LLC v. Concepcion, 563 U.S. 333 (2011) – Reviewed the fairness of arbitration agreements.

37. The role of the financial institution as a fiduciary and whether it breached its fiduciary duty.

    Case Reference: Burke v. PricewaterhouseCoopers LLP Audit, 572 F.3d 76 (2nd Cir. 2009) – Fiduciary duties and breaches, typically decided by juries.

38. The legal validity of using taxpayer money for bailouts without demonstrable necessity.

**Case Reference: Starr International Co. v. United States, 856 F.3d 953 (Fed. Cir. 2017) – Considered the legality of government bailouts.**

39. **If financial losses claimed by banks were substantiated by actual financial records.**

    **Case Reference: Lilly v. State Street Bank and Trust Co., 538 F.3d 23 (1st Cir. 2008) – Addressed the necessity of substantiating financial claims.**

40. **The degree to which financial institutions followed federal and State laws in their dealings with borrowers.**

    **Case Reference: United States v. Countrywide Financial Corp., 642 F.3d 70 (2nd Cir. 2011) – Addressed adherence to laws in mortgage lending.**

## XX.   SUMMARIZATION:

1. **Unconstitutional Statutes and Emergency Powers: It's proffered that 470 federal statutes have unconstitutionally delegated extensive legislative powers to the President, allowing governance beyond normal constitutional processes. Despite recognition of these issues in the National Emergency Act of 1976, these statutes remain active.**

2. **Fractional Reserve Banking and Deception: The complaint alleges that financial institutions engage in fractional reserve banking without transparent disclosure, misleading borrowers about the nature and implications of financial instruments and transactions.**

3. **Contractual Misconduct: Contracts are often presented in complex legal language (legalese), lack transparency, and are not thoroughly explained to borrowers, which obscures the terms and undermines informed consent. The complaint demands that all contracts be clear, concise, and fully explained, with dual-signature requirements to ensure mutual agreement.**

4. **Foreclosure Abuses:** The lawsuit claims that financial institutions wrongfully initiate foreclosures without adequate proof of the borrower's actual default or financial loss, often expedited by the courts without proper scrutiny.

5. **Misrepresentation of Financial Products:** Institutions are accused of falsely labeling created credit as "loans," charging unwarranted interest and fees without providing equivalent value, and misrepresenting borrowers as debtors when they are, in fact, creditors.

6. **Compensatory and Punitive Damages:** The complaint seeks $40 billion in compensatory damages for deprivation of property, livelihood, and legal redress, alongside emotional distress. Additionally, punitive measures are requested to reform banking practices, including mandatory detailed disclosures and the cessation of deceptive financial reporting.

7. **Trading and Securitization without Consent:** Financial instruments related to borrowers are traded and securitized without their explicit consent, often resulting in profits that are not shared with or disclosed to the creators of these instruments.

8. **Lack of Proper Accounting and Transparency:** Financial institutions are called to account using a cash method rather than accrual, to ensure transparency. Each transaction must be clearly documented and verified by qualified personnel.

9. **Arbitration and Legal Proceedings:** The complaint asserts that all financial agreements should include fair arbitration clauses providing multiple independent options for dispute resolution. It also criticizes the current handling of foreclosures and demands that courts require concrete evidence of debt and damages before proceeding.

10. **Return of Unjust Gains:** It is demanded that all profits derived from fractional reserve banking be returned to the American taxpayers to

reduce the national debt, rectifying the financial exploitation documented.

11. **Jury Determination:** The complaint emphasizes that many of the allegations, particularly those involving interpretations of law and determinations of fact (such as the presence of fraud or the adequacy of disclosures), should be decided by a jury under the Seventh Amendment protections.

**Overall Claim**

The overarching claim is that through a combination of unconstitutional legislation, deceptive banking practices, and coercive contract terms, financial institutions have systematically exploited borrowers. This exploitation is supported and exacerbated by inadequate regulatory oversight and judicial processes that fail to safeguard borrower rights. The lawsuit seeks not only financial redress but also structural changes to prevent future abuses and restore fairness and transparency to the banking system.

### XXI.    CERTIFICATION/VALIDATION/VERIFICATION

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

Eeon, in his natural capacity

## Additional PLAINTIFF'S (LAST NAME, FIRST NAME)

each plaintiff stands before this court via special visitation, sui juris and none shall be construed as appearing and/or having the capacity of a legal person, legal fiction, legal name, legal entity, instrumentality of any state! Each represents their own individual estate but are exercising their secured right to stand before the court in their natural capacities...

Beverly   William Cread

Bland     Dwight G.

Bowser        Tammie

Briggs        Bryan

Brown        Kenneth

Bynum, Jr. Albon

Christian     Shayla

Daniels      Jackie

Ealy  Barry Lind

Erickson     Heather

Esterile       Suzy

Cotton   Victoria Princess

Gomez    Steven Lee

Steven Lee Michael

Guess   Kevin

Hicks  Melissa J.

Hill - Stocks   Prevatte

Stephanie   Robin

Hinton, Jr.  Anthony Wayne

Hinton, Jr.,   Shuneice T.

Intriago     Alfonso Eduardo

Jacobs        Jeffery

Joseph        Camella

Kellow        Patrick

Lara  Roberto

Leatherwood        Glen

Lee    Steven J. Keedle

Lee,      Eun

Lee Sr.      Lanforth

Lee,     Jerome

Lewis Iii    Lester

Long Betty Rochelle

Lovingood  Warren Adrian

Magee        Rance W.

MaGee   Michelle M.

Mchaney    Joe

Mitchell      Ronald

Mosley       Tracy

Moya      Cynthia

Neal  Linton

Obioma      Brandi

Panton        Jacques R.

<u>Parker       Joseph Edgar</u>

<u>Parker, Cindy Lara</u>

<u>Roofe     Lisa Simone</u>

<u>Rodriguez   Jesus</u>

<u>Russell       Rhema</u>

<u>Russell       Irving</u>

<u>Shabakareed       Sefra</u>

<u>Shogren     Daniel R.</u>

<u>Smith     Damien Andre</u>

<u>Teal   Sandra</u>

<u>Vagle     Melissa Kay</u>

<u>Valdez       Francisco</u>

<u>Violet       Ladysunshine</u>

<u>Wallace     Oliver</u>

<u>Weller-Wint       Rosemarie</u>

## <u>DAP CLIENT LIST (PLAINTIFFS)</u>

Bessette, Julie Marie

Beverly, William Cread

Bey, Willka Kwesi

Bowser Joyner, Tammie

Bynum, Jr., Albon

Durrant, Wade Lee

Foutch, Lynn Marie

Gilley, Michelle Annette

Hendershot, Roy David

Hinton Jr.,  Anthony Wayne

Jacobs,  Jeffrey Stanton-James

Jefferies, Justin Orbia

Kovalik, James Michael

Lewis III, Lester

Mctigue, Timothy Francis

Moreno,  Ricardo Hurtado

Newberg,    Robert K

Parker, Cindy Lara

Russell, Rhema Faith

Simmons,   Pamela Evette

Tollinchi,    Frankie

Tompkinson,   Brian

Uche, Ugochukwu Uchenna

Ward, Natalie Marie

Whaley Jr, George Henry

## 4th AMENDMENT CLIENT LIST (PLAINTIFFS)

Aldridge, Dalton Emmett-Wade

Avera, Scott

Beverly, William Cread

Black, Denise Trustee

Boykin, Aaron M.

Boykin, Margaret L.

Bruce, Nelson Leon

Buchanan,  Eric  Ramon

Burks, Robert Anthony Lee

Bynum III, Albon

Bynum, Jr., Albon

Carter, Joshua Levy

Connerly, Sherri Lynn

Criscenzo, Thomas

Delgado, Jesus

Doherty, Michael Oludare

Donovan, Shad Christopher

Dowens, Lisa

Dumervil, James

Eugene, Stanley Joseph

Ferguson Bey, James Alfred Ishmaiyl

Fountain, Carla Verna

Foutch, Lynn Marie

Gilley, Michelle Annette

Glenn, Dwayne Anthony

Gossom III, Lavon

Gray, Christopher

Hale, Rodney Allen

Handley, Joshua Garrett

Hart, Ameer Baraka

Hendershot, Roy David

Hinton Jr., Anthony Wayne

Intriago, Alfonso

Jacobs, Herman Joseph Jr.

Jacobs, Jeffrey Stanton-James

Jefferies, Justin

Kessler, Daryl Arthur

Kovalik, James Michael

Lastrapes, Lawrence

Lawson, Zipporah Arlene

Leddick, Jacqueline

Lee, Eun

Lee, Mario

Lewis III, Lester

Luna, Robert

Marin, Renee Ann

Mercer, Joseph

Middleton Jr., Ervin

Moore, Serina Nadine

Muhammad, Davontae A.

Newberg, Robert

Noviello, Paul Hart

Parker, Cindy Lara

Reiss, Laura Kelley

Rice, Myron Charles

Richardson, Isaiah

Rodriguez, Jesus

Roofe, Lisa Simone

Scott, Douglas M.

Shivamber, Geetindra

Simmons, Pamela Evette

Spaulding, James William

Stephens, Keith Delario

Stinson, Jarah

Vaikasas, Nemesis

Valdez, Francisco Javier

Violet, Lady Sunshine

Walker, Krista Timika

Wallace, Oliver Joseph

Wells, Kaliff Diaz

Woodard, Brian Joseph

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

*Ronald Mitchell*

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

Robert Banks

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

*Robert K. Newberry*

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

Robert A. Burks

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

*Dianne Narris*

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

determinations of fact (such as the presence of fraud or the adequacy of disclosures), should be decided by a jury under the Seventh Amendment protections.

**Overall Claim**

The overarching claim is that through a combination of unconstitutional legislation, deceptive banking practices, and coercive contract terms, financial institutions have systematically exploited borrowers. This exploitation is supported and exacerbated by inadequate regulatory oversight and judicial processes that fail to safeguard borrower rights. The lawsuit seeks not only financial redress but also structural changes to prevent future abuses and restore fairness and transparency to the banking system.

## XXI.   CERTIFICATION/VALIDATION/VERIFICATION

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

*Claude Weathers*

transparency. Each transaction must be clearly documented and verified by qualified personnel.

9.  Arbitration and Legal Proceedings: The complaint asserts that all financial agreements should include fair arbitration clauses providing multiple independent options for dispute resolution. It also criticizes the current handling of foreclosures and demands that courts require concrete evidence of debt and damages before proceeding.

10. Return of Unjust Gains: It is demanded that all profits derived from fractional reserve banking be returned to the American taxpayers to reduce the national debt, rectifying the financial exploitation documented.

11. Jury Determination: The complaint emphasizes that many of the allegations, particularly those involving interpretations of law and determinations of fact (such as the presence of fraud or the adequacy of disclosures), should be decided by a jury under the Seventh Amendment protections.

Overall Claim

The overarching claim is that through a combination of unconstitutional legislation, deceptive banking practices, and coercive contract terms, financial institutions have systematically exploited borrowers. This exploitation is supported and exacerbated by inadequate regulatory oversight and judicial processes that fail to safeguard borrower rights. The lawsuit seeks not only financial redress but also structural changes to prevent future abuses and restore fairness and transparency to the banking system.

XXI.   CERTIFICATION/VALIDATION/VERIFICATION

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!



By: Lester: L___ ni.
WITHOUT PREJU___

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22ⁿᵈ day of May 2024, so help me God!

By: _____

Harlan; Nigel-Richard II, Authorized Representative

attested, declared, sworn, and stated
God under penalty if held otherwise.
either through United States Postal S
waiver has authorized on or about th
God!

Beetzflouy 5/2/124

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

*Kenneth Boles*

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

*Ronald Mitchell*

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

*Melissa-Kay:Tagle*

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

Eric Ramon Buchanan

5/21/2024

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

## XXI.   CERTIFICATION/VALIDATION/VERIFICATION

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

By: _____

Steven Lee Michael Gomez

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

Larry-Darnell: Oliver

21 May 2024

## XXI. CERTIFICATION/VALIDATION/VERIFICATION

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!


Kevin Guess

## XXI. CERTIFICATION/VALIDATION/VERIFICATION

The aforementioned is wholly accurate and done under the authority created by virtue of the contract between the parties, the Eeon foundation is a private nonprofit trust foundation organization, receiving the power of attorney from each of its sole proprietorship clients, the aforementioned information incorporates the personal experiences of the sole proprietor, is based on firsthand knowledge, facts and/or information, and is wholly accurate, attested, declared, sworn, and stated as such. It is witnessed by and before God under penalty if held otherwise. A copy of the aforementioned parties either through United States Postal Service and/or other means whereby waiver has authorized on or about this the 22nd day of May 2024, so help me God!

Lady Sunshine Violet 

# Additional DEFENDANTS operating under the authority of the US GOVERNMENT/either through the United States FEDERAL RESERVE or the United States ATTORNEY GENERAL'S OFFICE via the various secretaries of State!:

1) **CUYAHOGA COUNTY TREASURER, ET AL**     W. CHRISTOPHER MURRAY II

COPRORATE HEADQUARTERS:     2079 East 9th Street    CLEVELAND     OHIO   44115-1302

2) **CUYAHOGA COUNTY EXECUTIVE, et al** ARMOND BUDDISH

COPRORATE HEADQUARTERS:     2079 East 9th Street    CLEVELAND     OHIO   44115-1302

3) **CARLISLE, MCNELLIE, RINI, KRAMER & ULRICH CO., LPA ET. AL.** MAUREEN ZINK DELANE

COPRORATE HEADQUARTERS:   24755 Chagrin Blvd Suite 200    BEACHWOOD   OHIO   44122-5690

4) **FIG Capital Investments, LLC, et al**     GUSTAVO BARTOLE

COPRORATE HEADQUARTERS:   1000 Riverside Avenue Suite 400 JACKSONVILLE FLORIDA 32204-4108

5) **CUYAHOGA COUNTY CLERK OF COURTS, et al**   NAILAH K BYRD

COPRORATE HEADQUARTERS:     1200 Ontario Street    CLEVELAND     OHIO   44113-1604

6) **CUYAHOGA COUNTY COURT OF COMMON PLEAS GENERAL DIVISION   MAGISTRATE** GINA LUNSFORD

COPRORATE HEADQUARTERS:  6th floor of Courthouse Square, 310 W. Lakeside Ave. CLEVELAND     OHIO    44113-1604

7) **CUYAHOGA COUNTY COURT OF COMMON PLEAS GENERAL DIVISION   JUDGE** MAUREEN CLANCY

COPRORATE HEADQUARTERS:  JUSTICE CENTER 1200 Ontario Street Room 20B  CLEVELAND OHIO   44113-1604

8) **AMERIGROUP MORTGAGE CORPORATION, et. al.**   JEFFREY J CRILLEY

COPRORATE HEADQUARTERS: 6090 CENTRAL AVENUE  SAINT PETERSBURG FLORIDA   33707-1622

9) **CHASE BANK [2ND MORTGAGE]**   JAMIE DIMON

COPRORATE HEADQUARTERS: 270 PARK AVE. FLOOR 12 NEW YORK NEW YORK  10017-2036

10) **MIDLAND MORTGAGE CO. ET. AL.**   KEN CLARK

COPRORATE HEADQUARTERS: 999 NORTHWEST GRAND BOULEVARD   OKLAHOMA CITY  OKLAHOMA  73118-6051

11) **MIDFIRST BANK, ET. AL.,**   G. JEFFREY RECORDS, JR.

COPRORATE HEADQUARTERS: 2730 N PORTLAND AVE   OKLAHOMA CITY OKLAHOMA  73107-1508

12) **FREEDOM MORTGAGE CORPORATION, ET. AL.** Stanley C. Middleman

COPRORATE HEADQUARTERS:  951 Yamato Rd Ste 175 BOCA RATON   FLORIDA   33431

13) **JPMCP CHASE, ET. AL.**  JAMIE DIMON

COPRORATE HEADQUARTERS:  270 PARK AVE. FLOOR 12 NEW YORK   NEW YORK   10017-2036

14) **NAVY FEDERAL CREDIT UNION** MARY MCDUFFEE

COPRORATE HEADQUARTERS:  820 FOLLIN LANE SE   VIENNA VIRGINIA   22180-4907

15) **MOHELA DEPARTMENT OF EDUCATION**   SCOTT D. GILES

COPRORATE HEADQUARTERS:  633 SPIRIT DRIVE   CHESTERFIELD  MISSOURI   63005-1243

16) **WELLS FARGO BANK NA, et. al.** CHARLES W. SCHARF

COPRORATE HEADQUARTERS:  420 MONTGOMERY STREET SAN FRANCISCO   CALIFORNIA   94104

17) **GOLDEN 1 CREDIT UNION, et al** Donna Bland

COPRORATE HEADQUARTERS: 8945 Cal Center Drive    SACRAMENTO  CALIFORNIA    95826

18) **THURSTON COUNTY SUPERIOR COURT, BUILDING 3 ET. AL.**    JUDGE LANESE

COPRORATE HEADQUARTERS: 2000 LAKERIDGE DRIVE SW  OLYMPIA    WASHINGTON  98502-6042

19) **BANK OF AMERICA CORPORATE CENTER, ET. AL.** BRIAN T. MOYNIHAN

COPRORATE HEADQUARTERS:   100 NORTH TRYON STREET CHARLOTTE  NORTH CAROLINA 28255-4000

20) **SMALL BUSINESS ADMINISTRATION, ET. AL.**    ISABELLA CASILLAS GUZMAN

COPRORATE HEADQUARTERS:  409 3RD ST. SW WASHINGTON  D.C. 20416

21) **US DEPARTMENT OF EDUCATION, et al** SECRETARY OF EDUCATION MIGUEL CARDONA

COPRORATE HEADQUARTERS:      400 Maryland Ave SW   WASHINGTON   D.C.    20202

22) **New Jersey-American Water Company, Inc. et al SUBSIDARY** OF AMERICAN WATER WROKDS COMPANY INC.    SUSAN HARDWICK

COPRORATE HEADQUARTERS: [UPDATE PARENT CO. CORPORATE: 1 WATER STREET, CAMBDEN NJ. 08102-1658] was 294 Route 31 Washington, New Jersey, 07882  CAMBDEN  NEW JERSEY 08102-1658

23) **NATIONSTAR MORTGAGE DBA "MR. COOPER"** JAY BRAY

COPRORATE HEADQUARTERS:  8950 Cypress Waters Blvd.    COPPELL  TEXAS      75109

24) **FIRST BANK d/b/a FIRST BANK MORTGAGE**   MIKEL WILLIAMSON

COPRORATE HEADQUARTERS: [CORPORATE MOVE: 11901 Olive Boulevard, Creve Coeur MISSOURI 63141-6736] was 1ST FIRST MISSOURI CENTER 114  ST. LOUIS      MISSOURI     63141-6736

25) **SCHOOL FIRST FEDERAL CREDIT UNION BANK, et al**     Bill Cheney

COPRORATE HEADQUARTERS:   15332 Newport Avenue   TUSTIN CALIFORNIA   92780-6408

26) **LAKEVIEW LOAN SERVICING LLC, ET. AL.**   Julio Aldecocea

COPRORATE HEADQUARTERS:   4425 Ponce de Leon Blvd # MS5-251 CORAL GABLES (MIAMI) FLORIDA   33164-1837

27) **AMERICAN HONDA FINANCIAL CORPORATION**   JIRO MORISAWA PRESIDENT

COPRORATE HEADQUARTERS:   1919 TORRANCE BLVD. TORRANCE   CALIFORNIA   90501

28) **21ST MORTGAGE CORPORATION**   TIM WILLIAMS

COPRORATE HEADQUARTERS:   620 Market Street   Knoxville   TENNESSEE   37902-2231

29) **M&T BANK, ET. AL.**   René F. Jones

COPRORATE HEADQUARTERS:   ONE M&T PLAZA   BUFFALO   NEW YORK   14203-2308

30) **SENSIBLE AUTO LENDING LLC**   JASON FRIEDLAND

COPRORATE HEADQUARTERS:   26 MILL PAIN ROAD STE 2D   DANBURY CONNECTICUT   06811-5186

31) **SANTANDER CONSUMER USA HOLDINGS INC., ET. AL.**   BRUCE JACKSON

COPRORATE HEADQUARTERS:   1601 ELM ST. STE 800 DALLAS   TEXAS   75201-7260

32) **CAINE AND WEINER, ET. AL.**   GREG COHEN

COPRORATE HEADQUARTERS:   5805 SEPULVEDA BLVD 4TH FLOOR SHERMAN OAKS CALIFORNIA 91411-2532

33) **CKS PRIME INVESTMENTS LLC, ET. AL.**   JACK C. KLEINERT

COPRORATE HEADQUARTERS: 1800 STATE ROUTE 34 # STE 305C BLDGE 3 WALL TOWNSHIP NEW JERSEY   07719-9168

34) **UNITED STATES DEPARTMENT OF TREASURY**   JANET YELLEN

COPRORATE HEADQUARTERS:  1500 PENNSYLVANIA AVENUE NW        WASHINGTON   D.C.    20003

35) **UNITED STATES DEPARTMENT OF JUSTICE, ET AL.**

ATTORNEY GENERAL MERRICK B. GARLAND

COPRORATE HEADQUARTERS:  950 PENNSYLVANIA AVENUE NWWASHINGTON   D.C.     20350

36) **NOVA FINANCIAL INVESTMENT CORPORATION, ET. AL.** RYAN VONDRAK

COPRORATE HEADQUARTERS:  6245 EAST BROADWAY SUITE 400   TUCSON ARIZONA    85711-4029

37) **WELLS FARGO HOME MORTGAGE, ET. AL.**      Charles W. Scharf

COPRORATE HEADQUARTERS:  420 MONTGOMERY STREET SAN FRANCISCO CALIFORNIA  94104

38) **JP MORGAN CHASE, ET. AL**      JAMIE DIMON

COPRORATE HEADQUARTERS:  270 PARK AVE. FLOOR 12 NEW YORK      NEW YORK     10017-2036

39) **SN SERVICING CORPORATION**   ROBIN P. ARKLEY

COPRORATE HEADQUARTERS:  13702 COURSEY BLVD BLDG. 1A  BATON ROUGE  LOUISIANNA    70817

40) **PHH MORTGAGE SERVICES, ET. AL.**      GLEN A. MESSINA

COPRORATE HEADQUARTERS:  3000 LEADENHALL ROAD MT. LARUEL   NEW JERSEY   08054-4606

41) **CENTRE COUNTY COURTHOUSE, et al**  CLERK OF COURT JEREMY S. BREON

COPRORATE HEADQUARTERS:  102 S Allegheny Street  BELLEFONTE    PENNSYLVANIA 16823-1983

42) **SUPREME COURT OF THE COMMONWEALTH OF PENNSYLVANIA, et al**  AMY DREIBELBIS, ESQ.
  DEPUTY PROTHONOTARY

COPRORATE HEADQUARTERS:  PENNSYLVANIA JUDICIAL CENTER 601 Commonwealth Avenue

SUITE 4500      HARRISBURG    PENNSYLVANIA 17120-0902

**43) THE GENERAL ASSEMBLY OF THE COMMONWEALTH OF PENNSYLVANIA, et al**

COPRORATE HEADQUARTERS:  501 N 3rd Street HARRISBURG   PENNSYLVANIA 17120-0302

**44) GOVERNOR of PENNSYLVANIA** TOM WOLF

COPRORATE HEADQUARTERS:  508 Main Capitol Building HARRISBURG  PENNSYLVANIA 17120-0022

**45) SECRETARY OF DEFENSE et al**   JAMES N MATTIS

COPRORATE HEADQUARTERS:  1000 Defense Pentagon Room 3E 880 WASHINGTON D.C.  20301-1000

**46) LAKEVIEW LOAN SERVICING, ET. AL**    Julio Aldecocea

COPRORATE HEADQUARTERS:  4425 Ponce de Leon Blvd # MS5-251 CORAL GABLES (MIAMI)
       FLORIDA 33146-1837

**47) FREEDOM MORTGAGE CORPORATION, ET. AL.**  Stanley C. Middleman

COPRORATE HEADQUARTERS:  907 PLEASANT VALLEY AVENUE, SUITE 3 MT. LAUREL

NEW JERSEY 08054

**48) LOAN DEPOT, ET. AL.**   Frank Martell

COPRORATE HEADQUARTERS:  26642 TOWNE CENTRE DR.  FOOTHILL RANCH    CALIFORNIA    92610

**49) PENNYMAC LOAN SERVICES, LLC**  DAVID A. SPECTOR

COPRORATE HEADQUARTERS:  3043 TOWNSGATE ROAD, STE. 200 WESTLAKE VILLAGE  CALIFORNIA
       91361-3027

**50) PHH MORTGAGE SERVICES, ET. AL.**    GLEN A. MESSINA

COPRORATE HEADQUARTERS:   3000 LEADENHALL ROAD MT. LAUREL   NEW JERSEY     08054-4606

51) **LOANDEPOT.COM, LLC** TEXAS DIVISION, et. al.   Frank Martell

COPRORATE HEADQUARTERS:   26642 TOWNE CENTRE DRIVE FOOTHILL RANCH CALIFORNIA     92610-2808

52) **FAYETT COUNTY SHERRIFS OFFICE - RANDALL JOHNSON LAW ENFORCEMENT CENTER**, et al
SHERIFFS OFFICE CHAD CHADWELL

COPRORATE HEADQUARTERS:   155 Johnson Ave       FAYETEVILLE    GEORGIA       30214

53) **SAN BERNARDINO COUNTY CHILD SUPPORT, et al**       DAVID KILGOR

COPRORATE HEADQUARTERS: 2150 River Plaza Dr Suite 420      SACRAMENTO   CALIFORNIA     95833

54) **SELENE FINANCE LP, et al**       JOE DAVILA

COPRORATE HEADQUARTERS:   3501 OLYMPUS BLVD., SUITE 500   DALLAS [COPPELL]   TEXAS 75019

55) **MERS, ET. AL.**   KERRIE VANDEN BOSCH

COPRORATE HEADQUARTERS:       1134 Municipal Way    LANSING     MICHIGAN     48917

56) **NATIONSTAR MORTGAGE LLC, ET. AL. DBA MR. COOPER**       JAY BRAY

COPRORATE HEADQUARTERS:   8950 Cypress Waters Blvd     COPPELL     TEXAS 75019

57) **NAVY FEDERAL CREDIT UNION**  MARY MCDUFFIE

COPRORATE HEADQUARTERS:   820 FOLLIN LANE SE     VIENNA VIRGINIA     22180-4907

58) **NEW YORK COMMUNITY BANCORP, INC. C/O FLAGSTAR BANK N.A., ET. AL.**     THOMAS R.
CANGEMI PRESIDENT & CEO

COPRORATE HEADQUARTERS:   102 DUFFY AVENUE HICKSVILLE   NEW YORK     11801

59) **AIR ACADEMY** FCU GLENN L. STREBE

COPRORATE HEADQUARTERS:   9810 NORTH UNION BOULEVARD COLORADO SPRINGS   COLORADO   80924'

60) **PENNYMAC LOAN SERVICES, LLC** (sec. PennyMac Financial Services, Inc.)  DAVID A. SPECTOR

COPRORATE HEADQUARTERS:   3043 TOWNSGATE ROAD, STE. 200 WESTLAKE VILLAGE   CALIFORNIA   91361-3027

61) **CHASE BANK**   JAMIE DIMON

COPRORATE HEADQUARTERS: 270 PARK AVE. FLOOR 12 NEW YORK NEW YORK   10017-2036

62) **SALLIE MAE**    JON WITTER

COPRORATE HEADQUARTERS:   300 CONTINENTAL DRIVE      NEWARK      DELAWARE      19713

63) **CITI SOLD TO MR. COOPER**    JAY BRAY

COPRORATE HEADQUARTERS:   8950 CYPRESS WATERS BLVD.   COPPELL      TEXAS  75019-4620

64) **ARROWHEAD CREDIT UNION**    DARIN WOINAROWICZ

COPRORATE HEADQUARTERS:   8686 HAVEN AVENUE   RANCHO CUCAMONGA CALIFORNIA      91630

65) **ROCKET COMPANIES INC. DBA ROCKET MORTGAGE, ET. AL.**   JAY FARNER

COPRORATE HEADQUARTERS:   1050 Woodward Ave    DETROIT      MICHIGAN      48226-1906

66) **BRIDGECREST AUTO FUNDING LLC, et al**     MARY LEIGH PHILLIPS

COPRORATE HEADQUARTERS: 7300 East Hampton Ave Number 101    MESA   ARIZONA 85209-3324

67} Mortgage Access Corp. d/b/a Weichert Financial Services NMLS: 2731   Eric P Declercq

COPRORATE HEADQUARTERS:   1625 STATE ROUTE 10 EAST   MORRIS PLAINS NEW JERSEY 07950-2933

68} SERVEBANK [SERVBANC HOLDCO, INC.] KENNETH BERTRAND

COPRORATE HEADQUARTERS: 3201 Orchard Road   Oswego ILLINOIS    60543-5011

69) NEL NET        JEFFERY R. NOORDHOEK

COPRORATE HEADQUARTERS:   121 S. 13TH STREET RM 201      LINCOLN       NEBRASKA      68508

70} VILLAGE CAPITAL & INVESTMENT, LLC   ALLIE BURNS

COPRORATE HEADQUARTERS:   2550 PASEO VERDE PARKWAY SUITE 100 HENDERSON    NEVADA
89074-7129

71} WESTLAKE PORTFOLIO MANAGEMENT IAN ANDERSON

COPRORATE HEADQUARTERS:   4751 WILSHIRE BLVD. SUITE 100 LOS ANGELES   CALIFORNIA 90010-3847

72) NEW REZ LLC, DBA SHELLPOINT MORTGAGE SERVICING, ET. AL.        BRUCE WILLIAMS

COPRORATE HEADQUARTERS:   55 Beattie Place Ste 500 MS 501 GREENVILLE SOUTH CAROLINA 29601-5116

73) SANTANDER CONSUMER USA, et al      BRUCE JACKSON

COPRORATE HEADQUARTERS:   1601 Elm St Ste 800      DALLAS TEXAS  75201

74) MIAMI DADE COUNTY CLERK OF THE COURTS, ET. AL.   JUAN FERNANCEZ-BARQUIN

COPRORATE HEADQUARTERS:   CENTRAL DEPOSITORY CHILD SUPPORT, 73 WEST FLAGLER STREET
MIAMI  FLORIDA 33130

75) HILLSBOROUGH COUNTY, CLERK OF COURT, et al      CINDY STUART

COPRORATE HEADQUARTERS:   401 N. JEFFERSON STREET      TAMPA FLORIDA      33602

76) **CAPITAL ONE**   RICHARD FAIRBANK

COPRORATE HEADQUARTERS:   1680 Capital One Drive MCLEAN VIRGINIA      22102-3491


77) **THE UNITED STATE DEPARTMENT OF AGRICULTURE, et al**      SECRETARY TOM VILSACK

COPRORATE HEADQUARTERS:   1400 Independence Avenue, S.W.   WASHINGTON D.C.   20250-0003


78) **TD BANK N.A., et al**      CEO LEO SALOM (ATT: CORPORATE HEAD OFFICE)

COPRORATE HEADQUARTERS:   1701 MARLTON PIKE E STE 200   CHERRY HILL   NEW JERSEY 08003-2335


79) **THE UNITED STATES DEPARTMENT OF TREASURY - OFFICE OF THE TREASURER, et al**
    Secretary Janet Yellen

COPRORATE HEADQUARTERS:   1500 Pennsylvania Avenue NW   WASHINGTON   D.C.      20220-0002


80) **FINANCE OFFICE OF RURAL DEVELOPMENT, et al**   DIRECTOR OR INSURED LOAN OFFICE

COPRORATE HEADQUARTERS:   1520 Market Street RM 3005   ST. LOUIS MISSOURI      63103-2630


81) **FLORIDA DEPARTMENT OF FINANCIAL SERVICES, et al**   FINANCIAL OFFICER - JIM PATRONIS

COPRORATE HEADQUARTERS:   200 East Gaines Street   TALLAHASSEE   FLORIDA 32399-6502


82) **FLAGSTAR BANK**      ALESSANDRO P. DINELLO

COPRORATE HEADQUARTERS:   5151 CORPORATE DRIVE

(REF: REQUEST FOR INFORMATION - RFI, 2B-116) TROY   MICHIGAN      48098-2639


106) **DEPARTMENT OF REVENUE, et al**   c/o Child Support Program

COPRORATE HEADQUARTERS:   5050 West Tennessee Street      TALLAHASSEE   FLORIDA 32399-0195

107) **CAPITAL ONE BANK USA NA, et al** RICHARD FAIRBANK

COPRORATE HEADQUARTERS:   1680 Capital One Drive  MCLEAN          VIRGINIA          22102-3491


108) **ALLY FINANCIAL, et al**    JEFFREY J. BROWN

COPRORATE HEADQUARTERS:   ALLY DETROIT CENTER 500 WOODWARD AVE.    DETROIT MICHIGAN
          48226


109) **SELECT PORTFOLIO SERVICING, INC.**      RANDHIR GANDHI

COPRORATE HEADQUARTERS:   3217 S. DECKER LAKE DRIVE     SALT LAKE CITY UTAH  84119-3284


## DAP CREDITOR LIST (DEFENDANTS)

Mr. Cooper

P.O. Box 619098

Dallas, TX 75261-9741


GreenStone Farm Credit Services, FLCA

3515 West Road

East Lansing, MI  48823


IRS, ACS Support – Stop 6052

P.O. Box 3894

Ogden, UT 84409-1894


NYS Child Support Processing Center

P.O. Box 15363

Albany, NY 12212-5363

Navy Federal Credit Union

P.O. Box 3302

Merrifield, VA 22119-3302


PHH Mortgage Services

P.O. Box 24736

West Palm Beach, FL 33416


Ally Financial Incorporated

500 Woodward Avenue

Detroit, MI 48226


JPMorgan Chase

270 Park Avenue

New York, NY 10017


Freedom Mortgage Company

907 Pleasant Valley Ave., Ste 3

Mount Laurel, NJ 08054


Firstmark Services

121 S. 13th St. #201

Lincoln, NE 68508


EMVLP II, LLC

1 State Farm Plaza

Bloomington, IL 61710


Blue FCU

2401 E. Pershing Blvd

Cheyenne, WY 82001


Bank of America

P.O. Box 841001

Dallas, TX 75285-1001


USAA Credit Card Payments

10750 McDermott Fwy

San Antonio, TX 78288-0570


First Horizon Corp

165 Madison Ave

Memphis, TN 38103


Navient

P.O. Box 9500

Wilkes-Barre, PA 18773-9500


Midland Mortgage

P.O. Box 26648

Oklahoma City, OK 73126-0648


M&T Bank

345 Main Street

Buffalo, NY 14203


Sensible Auto

26 Mill Plain Road Ste 2D

Danbury, CT 06811


Santander Consumer USA

P.O. Box 961245

Fort Worth, TX 76161-1245


Arizona Department of Economic Security

6010 N 57th Drive

Glendale, AZ 85301-7700


Cuyahoga County CSEA

1640 Superior Ave East

Cleveland, OH 44114


NAVY FEDERAL CREDIT UNION

P.O. Box 3500

Merrifield, VA 22119


CITICARDS CBNA (Citigroup Inc)

388 Greenwich Street

New York, NY 10013


Carrington Mortgage Services, LLC

1600 South Douglass Road

Suites 110 & 200-A

Anaheim, CA 92806


ELAN FINANCIAL SERVICES

4325 17th Ave. SW

Fargo, North Dakota 58103

Wells Fargo Bank, N.A.

420 Montgomery Street

San Francisco, CA 94104

Wells Fargo Home Mortgage

P.O. Box 10335

Des Moines, IA 50306-0335

AT&T MOBILITY

P.O. Box 6416

Carol-Stream, IL 60197-6416

PHH Mortgage Services

P.O. Box 24738

West Palm Beach, FL 33416

COMED

P.O. BOX 6112

CAROL STREAM, IL 60197-6112

KATHY YARUSSO

435 Green Briar Drive

Lake Park, FL 33403

JPMC HOME

700 Kansas Lane

Monroe, LA 71203


COMMONWEALTH FINANCIAL

245 Main Street

Dickson City, Pa 18519


Service Mac/Movement Mortgage

Attn: Bankruptcy 9726 Old Bailes Rd Ste 200

Fort Mill, SC 29707


CITI

P.O. Box 790046

ST. Louis, MO 63179-0046


Credit One Bank

P.O. Box 95516

Las Vegas, NV 89193-5516


Capital One

P.O. Box 30285

Salt Lake City, UT  84130


Mr. Cooper

8950 Cypress Waters Blvd.

Dallas, TX 75019

American Credit Acceptance

P.O. BOX 204531

Dallas, TX 75320-4531


Alliant Credit Union, Sunlight Financial

P.O. BOX 679220

Dallas, TX 75267-9220


NelNet Inc

121 S 13th St

Lincoln, NE 68508


Truist Bank

200 West Second Street

Winston-Salem, NC 27101


One Main Financial

P.O. Box 740594

Cincinnati, OH 45274


Belk Rewards Mastercard

P.O. Box 669815

Dallas, TX 75266


NewRez LLC

1100 Virginia Drive Ste 125

Ft. Washington, PA 19034-3276


Department of Education MOHELA

P.O. Box 790233

St. Louis, MO 63179-0233


Tampa Bay Federal

P.O. Box 7492

Tampa, FL 33673-7492


TD Bank

P.O. BOX 8400

Lewiston, ME 04243-8400


MR COOPER

P.O. BOX 60516

City of Industry, CA 91716-0516


BriteCap Financial LLC

5161 Lankershim Blvd, Ste 250

North Hollywood, CA 91601


Forward Financing

53 State Street 20th Floor

Boston, MA 02109


Nelnet

P.O. Box 82561

Lincoln, NE 68501-2561

Aidvantage

1891 Metro Center Drive

Reston, VA 20190

PHH Mortgage

3000 Leadenhall Road

Mount Laurel, NJ 08054

Commerce Bank Credit Card

1000 Walnut Street

Kansas City, MO 64106

Et al

Respecting legal Names

As DBA's ARE JOINED VIA

Adhesion & Attachment