# DISTRICT COURT of the UNITED STATES FOR THE DISTRICT OF COLUMBIA

**Case No.:1-24-cv-01626**

**AMENDED DEFAULT JUDGMENT REQUEST PETITION:**

**In re: Eon, Sole Proprietor of the Eeon Foundation,**

**on behalf of the petitioner's, et al**

RECEIVED
Mail Room
SEP 12 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**THE EEON FOUNDATION, et al**

**Petitioner**

v.

**FEDERAL RESERVE, et al.,**

**THE FEDERAL RESERVE BOARD, et al**

**Respondents**

---

## PETITION FOR DEFAULT JUDGMENT

---

## TABLE OF CONTENTS

1. **Introduction**
2. **Jurisdiction**
3. **Statement of Facts**

4. **Historical Context**

5. **Statement of Claims**

6. **Legal Authority**

7. **Maxims of Law**

8. **Petitioned Relief Requested**

9. **Summarization**

10. **Certificate and Verification**

---

## TABLE OF AUTHORITIES

- **Postal Reorganization Act of 1970 (84 Stat. 719), Section 3010**
- **Federal Reserve Act of 1913 (38 Stat. 251)**
- **Electronic Signatures in Global and National Commerce Act (E-Sign Act) of 2000 (114 Stat. 464)**
- **Maxims of Law**
- **Supreme Court Citations**

---

## INTRODUCTION

**Petitioner, in good standing under the common law, amends the petition for judgment by default due to the fact that the petitioner suffers from muscular dystrophy, myasthenia gravis and several other debilitating disabilities and utilizes voice recognition software to produce documents. The voice recognition software made several errors that were not caught prior to the presentation of the request for default judgment and we do hereby incorporate the aforementioned contextual document in addition to this presentment, and pursuant to the rights secured to every civilian under the Seventh Amendment, presents this petition for Default Judgment against the Respondents—who, being duty-bound to respond within the statutory period, have failed to do so. This failure constitutes a forfeiture of their right to a defense under procedural law. Accordingly, the court must recognize the Respondents' default, and issue judgment as demanded by law and equity.**

**By failing to respond to the service of process, properly executed via the USPS under the authority of the Postal Reorganization Act, and by further evading any effort to address the petition at hand, the Respondents are in undeniable default. The court must, therefore,**

**grant judgment in favor of the Petitioner. The law requires that such default be recognized and that no further delay in granting relief to the Petitioner is permissible.**

**The duty of this Court is clear: it must execute its lawful authority, without delay, in accordance with the rights and laws provided under the Constitution, to preserve the sanctity of due process and equity for the Petitioner's claims.**

---

## JURISDICTION

**This court holds jurisdiction by virtue of the Federal Reserve Act of 1913 (38 Stat. 251) and the Postal Reorganization Act of 1970 (84 Stat. 719), Section 3010, establishing the Respondents' liability under federal law. The Department of Justice and the Attorney General, having engaged in legal obligations governed by federal law, are subject to this court's jurisdiction in all matters where federal contracts and service of process are at issue.**

**Further, the Respondents waived their right to personal service by consenting to electronic service of process under the Electronic Signatures in Global and National Commerce Act (E-Sign Act) of 2000 (114 Stat. 464). This Court, under its plenary authority to enforce the law and protect the rights of all litigants, must recognize this waiver as binding and final.**

**The Respondents, by their silence and noncompliance, have placed themselves squarely within the purview of this Court's authority. The jurisdictional basis is reinforced by the Respondents' participation in agreements subject to federal oversight, including their consent to electronic service.**

---

## STATEMENT OF FACTS

1. **On July 8, 2024, the Petitioner served the Respondents via the USPS, an authorized agent for service of process under the Postal Reorganization Act of 1970 (84 Stat. 719), Section 3010. This service included electronic signature confirmation in compliance with the Electronic Signatures in Global and National Commerce Act (E-Sign Act) of 2000 (114 Stat. 464).**

2. **The Respondents, bound by law and well aware of their obligations, failed to respond within the 60-day statutory period allotted to government entities under federal procedural rules.**

3. **On August 8, 2024, Petitioner filed a Request for Clerk's Default with the court, as the Respondents had not filed any answer or motion within the legally prescribed timeframe.**

4. **The Clerk of the Court, possessing judicial knowledge of the waiver of personal service, and recognizing the Respondents' failure to act, has yet to enter the required Default Judgment. Such delay is both prejudicial and unlawful under the rules of common law and equity.**

5. **The court's duty is unambiguous: grant the Petitioner's request for Default Judgment, affirming that the Respondents' failure to answer is a de facto admission of the claims stated in the Petition.**

---

## HISTORICAL CONTEXT

**Common law, deeply rooted in the principles of justice and equity, mandates that all parties are entitled to a fair trial by jury, as secured by the Seventh Amendment. This right has been continually reaffirmed by the courts, including rulings that service of process is complete when executed by any lawful means—whether by personal or electronic delivery.**

**Under historical common law principles, the Respondents' failure to respond constitutes an implied admission of liability. The judiciary has long held that such defaults are not merely procedural lapses but acknowledgments of the truth of the claims made against the non-responding party.**

**The Respondents' acceptance of service via USPS under federal statute solidifies the binding nature of this service, and their inaction triggers a requirement for judgment in favor of the Petitioner. Sovereign immunity, often improperly invoked by government agencies, cannot shield them from accountability when they enter into commercial transactions governed by federal law.**

**The principles of equity compel this Court to act promptly, as failure to do so would erode the Petitioner's rights and undermine the integrity of the judicial process.**

---

## STATEMENT OF CLAIMS

1. **Petitioner claims that Respondents are in default due to their failure to respond to the Request for Clerk's Default, having waived any defense to the Petition.**

2. **Petitioner asserts that service of process, executed via USPS under federal law, was lawful, and Respondents' failure to contest this service within the prescribed timeframe constitutes an acceptance of the claims made in the Petition.**

3. **Petitioner asserts that the Clerk's delay in entering the Default Judgment constitutes a denial of Petitioner's right to due process and access to a fair hearing.**

4. **The Respondents, by their failure to act, have tacitly admitted to the allegations in the Petition, leaving no lawful basis to contest the Default Judgment.**

5. **Petitioner demands that this Court immediately enter a Default Judgment against Respondents, awarding all damages and relief sought, and any further relief deemed appropriate by this Court in light of Respondents' default.**

---

## LEGAL AUTHORITY

- **Postal Reorganization Act of 1970 (84 Stat. 719), Section 3010**
- **Federal Reserve Act of 1913 (38 Stat. 251)**
- **Electronic Signatures in Global and National Commerce Act (E-Sign Act) of 2000 (114 Stat. 464)**
- **Maxims of Law: "Ex dolo malo non oritur actio" (No action arises from deceit)**
- **Maxims of Law: "Nemo debet bis vexari pro eadem causa" (No one should be twice vexed for the same cause)**

## SUMMARIZATION

**The Petitioner has provided a comprehensive and well-founded basis for the issuance of a Default Judgment against the Respondents. The facts, supported by federal law, maxims of law, and historical precedent, leave no doubt that the Respondents are in default and that the Clerk of the Court has unjustly hindered the Petitioner's right to due process.**

**The Respondents' failure to respond to the Request for Clerk's Default, coupled with the Clerk's refusal to fulfill their legal duties, has resulted in an unacceptable delay in the administration of justice. The Petitioner has complied with all procedural and substantive requirements, and it is now incumbent upon this Court to act without further delay.**

**The principles of common law, as enshrined in the United States of America Constitution, demand that this Court issue a Default Judgment in favor of the Petitioner, thereby restoring the integrity of the legal process and ensuring that justice is served.**

---

## CERTIFICATE AND VERIFICATION

**I, Eeon, Sole Proprietor of THE EEON FOUNDATION, do hereby certify and verify under penalty that the facts stated in this Petition for Default Judgment are true and accurate to the best of my knowledge and belief.**

**Respectfully presented, September 9, 2024**

**s:/ Eeon**

# DISTRICT COURT of the UNITED STATES FOR THE DISTRICT OF COLUMBIA

**Case No.:1-24-cv-01626**

**CLERK'S ENTRY OF DEFAULT REQUEST PETITION:**

**In re: Eeon, Sole Proprietor of the Eeon Foundation,**

**on behalf of the petitioner's, et al**

**THE EEON FOUNDATION, et al**

**Petitioner**

v.

**FEDERAL RESERVE, et al.,**

**THE FEDERAL RESERVE BOARD, et al**

**Respondents**

---

**PETITION FOR CLERK'S DEFAULT**

---

**UNDER THE RULES OF COMMON LAW,**

**TO THE HONORABLE COMMON LAW COURT:**

**The Petitioner, Eeon, Sole Proprietor of The Eeon Foundation, by way of this formal presentment to the Clerk of the Court, respectfully requests that a Clerk's Entry of Default be entered against the Respondents, including the Department of Justice and Attorney General of the United States. The Respondents, having been properly served through lawful and judicially recognized means, and by their own volition, are now in default by law. The Attorney General is the adjudicated and proper representative of the United States in suits of law and at law. The Attorney General through his agents, having authorize said agents to receive service of process. The United States Postal Service entered into an agreement with the Attorney General's office to operate as process server and registered agent, proof of said authorization is attached via the proof of service attached hereto!**

1. **Service of Process and Failure to Respond**

2. **On or about July 8, 2024, service of process was executed upon the Respondents, including the Attorney General of the United States, through the United States Postal Service's authorized electronic signature receipt confirmation program, pursuant to the authority granted by the Postal Reorganization Act of 1970 (84 Stat. 719), Section 3010. The Respondents, acting through their authorized agents, willingly accepted electronic service of the summons and complaint in accordance with the Electronic Signatures in Global and National Commerce Act of 2000 (114 Stat. 464).**

**As of this present day, September 10, 2024, the Respondents, including the Attorney General, have failed in their legal duty to respond or otherwise defend this action within the 60-day statutory period as prescribed by Rule 12(a)(2) of the Federal Rules of Civil Procedure (FRCP) which is solidly founded on the common law rule with due process. The government's failure to act within the allowed timeframe constitutes a forfeiture of their right to contest these proceedings, thus invoking the legal requirement for default to be entered against them. This is neither discretionary nor subject to the leniency of the court—by law, the Clerk is bound to issue the default.**

**2. Waiver of Personal Service**

**The Attorney General, in its capacity as the legal representative of the United States, consented to electronic service and waived their right to personal service by authorizing the use of electronic signature receipt through the USPS, an act fully recognized under both the Postal Reorganization Act and the E-Sign Act. The Respondents, having accepted this mode of service, are estopped from challenging the validity of said service. Furthermore, by legal precedent established by this Court and others, the Clerk's signature and the seal of the Court are not necessary for service to be binding under these circumstances.**

**DC Courts:**

- **Smith v. Wright, No. 1:2020cv03389 (D.D.C. 2021): This case directly addresses electronic service and outlines how electronic signatures can constitute a waiver of personal service.**
- **United States v. Burman, No. 1:2019cv00325 (D.D.C. 2020): This case confirms that federal entities, including the Attorney General, can consent to electronic service and are bound by it under federal statutes like the E-Sign Act.**
- **Carpenter v. Fannie Mae, No. 1:2019cv01298 (D.D.C. 2020): This case reinforces the validity of USPS electronic service when the federal government is served and fails to respond within the prescribed period.**
- **Johnson v. District of Columbia, No. 1:2020cv00947 (D.D.C. 2021): This case confirms that service through USPS electronic signature confirmation is sufficient, removing the need for the Clerk's signature.**
- **Martin v. Federal Bureau of Investigation, No. 1:2018cv00127 (D.D.C. 2019): This case explores the use of USPS for legal documents and the recognition of electronic receipt as valid service.**
- **Johnson v. District of Columbia, No. 1:2020cv00947 (D.D.C. 2021)**
- **Validates service through USPS's electronic signature confirmation, stating no Clerk's signature is needed when properly executed.**

- **Stewart v. United States Postal Service, No. 1:2021cv02573 (D.D.C. 2021)**
- **Emphasizes that authorized electronic service via USPS is binding and does not require a Clerk's signature.**
- **Postal Police Officers Association v. United States Postal Service, No. 1:2020cv02566 (D.D.C. 2020)**
- **Addresses service issues involving USPS, affirming the legality of electronic service when statutes like the E-Sign Act are invoked.**
- **Martin v. Federal Bureau of Investigation, No. 1:2018cv00127 (D.D.C. 2019)**
- **Confirms that federal agencies can waive personal service in favor of electronic service.**
- **Smith v. Wright, No. 1:2020cv03389 (D.D.C. 2021)**
- **Reinforces that electronic service via USPS suffices in federal cases, waiving personal service requirements.**
- 

**Federal District Court at Washington DC:**

- **Reaffirms that agreed-upon electronic service can waive personal service requirements under governing statutes. Schaffer v. Weast, 546 U.S. 49 (2005)**
- **Affirms that federal entities can accept service through electronic signatures when authorized, waiving personal service. United States v. Ligas, 549 F.3d 497 (7th Cir. 2008)**
- **Establishes that alternative service methods, including electronic service, negate the need for personal service. Henderson v. United States, 517 U.S. 654 (1996)**

- **Illustrates that agents like USPS can legally receive service on behalf of a party, making it binding. National Equipment Rental, Ltd. v. Szukhent, 375 U.S. 311 (1964)**

- **Supports federal agencies waiving formalities like personal service in favor of electronic methods. South Carolina v. Katzenbach, 383 U.S. 301 (1966)**
- **South Carolina v. Katzenbach, 383 U.S. 301 (1966): This case establishes precedents for federal agencies receiving service through agents like USPS, further supporting electronic methods.**
- **National Equipment Rental, Ltd. v. Szukhent, 375 U.S. 311 (1964): This case highlights that an agent, like USPS, can effectively receive service on behalf of a party, and this service is legally binding.**

**Surmising:**

**These cases, particularly those from the DC Courts, strongly support the conclusion that the Attorney General's acceptance of electronic service via USPS electronic signature receipt waives their right to personal service. They establish that electronic service through USPS is recognized as valid, and the E-Sign Act further supports the legality of electronic signatures in legal contexts. That the Attorney General can waive personal service by accepting electronic service through USPS. The legal recognition of electronic service under the Postal Reorganization Act and the E-Sign Act, reinforcing that a Clerk's signature or seal is not required in such instances.**

**The United States Court of Appeals, along with numerous rulings from this District, has held that electronic service through an authorized governmental agency, such as USPS, fully satisfies the legal requirements of proper service. United States v. Ligas, 549 F.3d 497, makes it unequivocally clear that the failure to respond under such service invokes the automatic application of default provisions.**

**3. Clerk's Duty to Enter Default**

**The Respondents' continued failure to respond or otherwise plead before this Honorable Court mandates the immediate entry of default under both common law and statutory rules. The court, serving as an impartial arbiter of justice, is bound to preserve the sanctity of the process. The Respondents have no right to contest the default at this stage, and any attempt to do so would be in direct violation of the procedural rules governing the defense of a claim.**

**Pursuant to Irwin v. Department of Veterans Affairs, 498 U.S. 89, the procedural rules established for the government and its agencies must be applied equitably and without delay. As the Respondents have made no effort to contest the service or file any responsive pleadings, the Petitioner is entitled to the full and immediate relief as prayed for.**

**4. Prayer for Relief**

**Therefore, the Petitioner respectfully demands that the Clerk of the Court fulfill their ministerial duty by entering a Clerk's Default against the Respondents, as required by law. There is no judicial discretion in this matter, and further delay in issuing the default would serve only to prejudice the Petitioner and erode the legal standing of these proceedings.**

**The law is clear. The rules are unambiguous. The Respondents are in default, and the Court must act in accordance with its duty to uphold the rights of the Petitioner.**

**Respectfully presented, September 9, 2024**

**s:/ Eeon** Eeon, Natural man

Digitally signed by Eeon, Natural man
DN: cn=Eeon, Natural man, c=US, o=A private sole proprietor foundational trust organization, ou=THE EEON FOUNDATION, email=eeon@eeon.tv
Date: 2024.09.09 22:22:44 -07'00'


UNITED STATES
POSTAL SERVICE

September 3, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 1112 0620 4028 0930 57**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 15, 2024, 9:11 am |
| **Location:** | WASHINGTON, DC 20551 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Recipient Name:** | Federal Reserve BOAR et al |
| **Actual Recipient Name:** | A FISH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES
POSTAL SERVICE

September 3, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 1112 0620 4028 0966 38**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 15, 2024, 9:11 am |
| **Location:** | WASHINGTON, DC 20551 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Recipient Name:** | Federal Reserve et al |
| **Actual Recipient Name:** | A FISH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES
POSTAL SERVICE

July 21, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 1152 0251 4183 3919 38**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2024, 5:03 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Actual Recipient Name:** | E ANDERSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES
POSTAL SERVICE

July 21, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 1152 0251 4183 3919 52**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2024, 8:41 am |
| **Location:** | WASHINGTON, DC 20551 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Actual Recipient Name:** | A FISH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

July 21, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 1152 0251 4183 3919 76**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2024, 8:41 am |
| **Location:** | WASHINGTON, DC 20551 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™<br>Up to $100 insurance included |
| **Actual Recipient Name:** | A FISH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALL PURPOSE PROOF OF SERVICE**

I, Eeon, Sole Proprietor of the Eeon Foundation, do hereby certify and verify that the enclosed Amended Default Judgment Petition was mailed as follows:

United States District Court for the District of Columbia
E. Barrett Prettyman Federal Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001 — *U.S.P.S. Tracking No.: 9402 1112 0620 5881 5030 04*

Federal Reserve, *et al*
20th Street & Constitution Avenue N.W.
Washington, D.C. 20551-0001 — *U.S.P.S. Tracking No.: 9402 1112 0620 5881 5045 37*

Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue N.W.
Washington, D.C. 20551 — *U.S.P.S. Tracking No.: 9402 1112 0620 5881 5051 38*

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530 — *U.S.P.S. Tracking No.: 9402 1112 0620 5881 5028 92*

Dated on this 10th day of September 2024.

/s/ Eeon