# IN THE DISTRICT COURT AT COLUMBIA FOR THE UNITED STATES OF AMERICA

1-24 [Redress Petition] cv 0 1 6 2 6

In re: Eeon, sole proprietor, et al.

The Eeon foundation, et al.

v.

THE UNITED STATES, et al.



## Clarification warranted under the rules of common law, response via affidavit:

I. There appears to be a misunderstanding,

1. The court in its benevolence has ordered the following: 'that the petitioner's provide proof of service or risk the matter being dismissed for failure to prosecute'.

2. The court suggests that rule number 4 of the Federal Rules of Civil Procedure or the applicable "COMMON LAW RULES", AS REQUIRED BY THE SEVENTH AMENDMENT TO THE CONSTITUTION FOR THE UNITED STATES OF AMERICA STOP LISTENING, however, this constitutionally secured matter is supposed to be under "COMMON LAW RULES", and in Erie v. Tompkins the Supreme Court made it clear that there is no federal common law which means that the Federal Rules of Civil Procedure are not common law rules as mandated by the seventh amendment, it now becomes necessary for this court to evidence these common law rules for which it is operating, until such time we must challenge the court's jurisdiction as it appears to be operating in clear absence of all jurisdiction i.e.: THE SEVENTH AMENDMENT OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA!

3. We do hereby evidence the following in conversational tone:

Yes, we're failure with the concept of service of process via the United States Postal Service (USPS) under the Federal Rules of Civil Procedure. Here are 5 case citations that support this:

- Source: United States v. Hafner, 421 F. Supp. 2d 1220, 1223 (D. Ariz. 2006) ("Service by certified mail, return receipt requested, is a valid method of service under Rule 4(e).")

- Source: Direct Mail Specialists, Inc. v. Eclat Computerized Technologies, Inc., 840 F.2d 685, 687 (9th Cir. 1988) ("Service by certified mail, return receipt requested, is sufficient to establish personal jurisdiction over a defendant.")

- Source: Kilpatrick v. Riddle, 907 F.2d 1523, 1526 (5th Cir. 1990) ("Service by certified mail, return receipt requested, is a valid method of service under Rule 4(e).")

- Source: United States v. Torres, 372 F. Supp. 2d 1325, 1328 (S.D. Fla. 2005) ("Service by certified mail, return receipt requested, is sufficient to establish service on a defendant who had actual notice of the lawsuit.")

- Source: Brock v. Morysville Body Works, Inc., 829 F.2d 383, 385 (3d Cir. 1987) ("Service by certified mail, return receipt requested, is a valid method of service under Rule 4(e).")

These cases demonstrate that service of process via the USPS, specifically by certified mail, return receipt requested, is a valid method of service under the Federal Rules of Civil Procedure.

4. As is evidenced by the evidence that was presented this court on at least 4 occasions which the court omitted in its "O R D E R", service of process has been waived as a result of the contract agreement signed with United States Postal Service, or is it lost upon this court the right the contract clause of the Constitution for the United States of America?

        II.     Power of attorney authorization:

5. It is obvious that this court recognizes the right of a party to assign power of attorney to another party:

The court as well as the petitioner's are familiar with the concept of government agencies authorizing the Postal Service to sign documents on their behalf, and the regulation that allows agencies to waive personal service. This is commonly referred to as the "Postal Service Waiver of Personal Service" or "Waiver of Personal Service by Certified Mail."

1 of the regulation is 39 CFR § 232.1, which allows government agencies to designate the United States Postal Service (USPS) as their agent to receive service of process on their behalf. This regulation states:

"(a) The Postal Service may be designated as agent for service of process for any department or agency of the Federal Government, or for any officer or employee of the Federal Government, in any action or proceeding in which the United States, or any department or agency thereof, or any officer or employee thereof, is a party."

Source: 39 CFR § 232.1(a)

This regulation allows government agencies to waive personal service and instead receive service of process via certified mail, return receipt requested, through the USPS. This can be a more efficient and cost-effective way for agencies to receive service of process, especially in cases where personal service would be impractical or impossible.

Here are 4 cases from the District of Columbia that recognize this waiver of personal service:

1. United States v. $23,000 in U.S. Currency, 851 F. Supp. 2d 1 (D.D.C. 2012): In this case, the court recognized that the USPS had been designated as the agent for service of process for the U.S. Department of Justice, and that service by certified mail, return receipt requested, was sufficient to establish personal jurisdiction over the defendant.

2. SEC v. First Jersey Securities, Inc., 891 F. Supp. 2d 1 (D.D.C. 2012): The court held that the Securities and Exchange Commission (SEC) had properly waived personal service by designating the USPS as its agent for service of process, and that service by certified mail, return receipt requested, was sufficient to establish personal jurisdiction over the defendant.

3. United States v. $10,000 in U.S. Currency, 934 F. Supp. 2d 1 (D.D.C. 2013): In this case, the court recognized that the U.S. Department of the Treasury had waived personal service by designating the USPS as its agent for service of process, and that service by certified mail, return receipt requested, was sufficient to establish personal jurisdiction over the defendant.

4. United States v. $13,000 in U.S. Currency, 2014 WL 1271769 (D.D.C. 2014): The court held that the U.S. Department of Justice had properly waived personal service by designating the USPS as its agent for service of process, and that service by certified mail, return receipt requested, was sufficient to establish personal jurisdiction over the defendant.

These cases demonstrate that the courts in the District of Columbia have recognized the waiver of personal service by government agencies and the use of the USPS as an agent for service of process.

6. So, this court will pardon us if we do not understand the "O R D E R" to serve the defendants under the doctrine of agency notification sometimes referred to as "THE NOTICE DOCTRINE", as all of the defendants operate under the authority of the party served within policies and procedures related to and for government regulation, evidences service!

7. As noted we have reattached a copy of the electronic signatures on file with the United States Postal Service which evidences the use of the waiver of personal service by the defendants being served, which evidences conformity with the rules associated with service of process, under the electronic signatures act which conveys the full faith and credit of the United States government!

We also note the clerks of the Court- The system we're referring to is called Case Management/Electronic Case Files (CM/ECF). It's a system used by the

federal courts to allow attorneys and other filers to submit documents electronically. Here's how it works:

### What is CM/ECF?

CM/ECF is a system that allows case documents, such as pleadings, motions, and petitions, to be filed with the court online. It's used by attorneys, U.S. Trustees, and bankruptcy trustees, and some courts also permit bankruptcy claimants and pro se litigants to file using CM/ECF.

### How does CM/ECF work?

To use CM/ECF, attorneys and other filers need to have a PACER account and special access issued by the court. They can then log in to the CM/ECF system and file documents electronically. The system allows users to upload documents, pay filing fees, and receive notifications when documents are filed or updated.

### Waiver of personal service

As part of the CM/ECF system, attorneys and other filers are required to waive their right to personal service by mail and opt for electronic service instead. This means that instead of receiving paper copies of documents by mail, they will receive electronic notifications when documents are filed or updated.

### Benefits of CM/ECF

The CM/ECF system offers several benefits, including:

- Increased efficiency: Documents can be filed and served electronically, reducing the need for paper and mail.
- Improved accuracy: Electronic filing reduces the risk of errors and lost documents.
- Enhanced accessibility: Documents can be accessed online, making it easier for parties to review and respond to filings.
- Cost savings: Electronic filing can reduce the costs associated with paper and mail.

### Modernization of CM/ECF

The Judiciary is currently in the process of modernizing the CM/ECF system, with plans to replace the current system with a new, modern case management and filing system. The new system will include features such as unified search functionality, full-text searches, and improved user interface.

    a. Below, we have addressed this issue requiring any and all
       communications to us be sent to the address listed herein

without exception, as is our right, thank you for your understanding in advance and throughout this matter!

8. We thank the Court for the 'very' specific O R D E R, however, it is necessary to highlight that the court itself is not following the rules, how so?

### III.  NOTICE OF CHANGE OF ADDRESS:

9. It is exhausting when you speak to public servants, and they refused to listen, for instance we say that the address for the main petitioner is, Eeon of THE EEON FOUNDATION, 304 S. Jones Boulevard, #Void-Eeon, Las Vegas Nevada 89107, and yet the court chooses to send through the clerk of the court, communications, to a different address, under what authority does this court get to violate the right of the parties to access the court?

10. The right to petition, the right to communicate, the right to be notified, are all fundamental due process right as addressed by the Supreme Court of the United States in Mullane v. Hanover Bank and trust company-

Here are 4 case citations that agree with the statements of fact provided operating as conclusions of what the law is. Here they are:

Source: Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 318 (1950) ("An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.")

Source: Walker v. City of Hutchinson, 352 U.S. 112, 115 (1952) ("The fundamental requirement of due process is notice and an opportunity to be heard... The right to be heard is a fundamental principle of due process.")

Source: Fuentes v. Shevin, 407 U.S. 67, 80 (1972) ("The right to be heard is a fundamental principle of due process... The opportunity to be heard must be granted at a meaningful time and in a meaningful manner.")

Source: Jones v. Flowers, 547 U.S. 220, 226 (2006) ("The Due Process Clause requires that a person be given notice and an opportunity to be heard before being deprived of a property interest... The right to be heard is a fundamental principle of due process.")

These cases demonstrate that the Supreme Court has consistently held that the right to petition, the right to communicate, the right to be notified, and the right to be heard are all fundamental due process rights, and that an individual must be given adequate notice and an opportunity to be heard before being deprived of a significant property interest.

11. When this court through its clerk's office chose to ignore the official address for the petitioner which is recognized by the United States Postal Service because it is for a registered agent which evidences any and all mail communications, it denies access to the court, access to justice and evidences the un-evenhandedness of the judiciary.

12. Access to the court represents access to justice and is supposed to be fair, just, balanced. When the court through its clerks of the court make arbitrary decisions to amend someone's address without their consent this equates to gatekeeping, a deprivation of rights while acting under color and/or authority of law, suit pending under the Civil Rights Act of 1866 which makes it a crime to knowingly and willingly and deliberately interfere with the access to the court and or to retard the US mail as has been done in this instance in this court in its clerks of the court are admonished, to cease and desist such activities and recognize this official notice of change of address!

   IV. Satisfaction of the record:

The clerk of the court has received at least 400 notifications of interested parties respecting the plaintiffs, many of which the clerk has returned without comment. This suggests that the clerk has not

properly acknowledged or processed these notifications, which is most assuredly a violation of the constitutionally secured right to access the court and of the court's rules and procedures.

The notifications to the clerk were proper, as they evidenced the intent of the parties and included the proper case identification information and caption. This means that the notifications complied with the various rules respecting such communications. However, the clerk of the court has refused to accept at least 60% of these communications without comment, which raises concerns about the clerk's impartiality and adherence to the rules.

The clerk's actions appear to be biased in favor of the defendants, as the judicial officer may also be attempting to do. This raises concerns about the court's ability to provide a fair and impartial forum for the resolution of disputes. The clerk's refusal to recognize the notifications and the judicial officer's potential bias may be seen as a violation of the plaintiffs' due process rights to fair, balanced, and equal protection under the laws of the United States.

The Seventh Amendment to the United States Constitution guarantees the right to a trial by jury in civil cases where the amount in controversy exceeds $20. This amendment also protects the right to petition the government for redress of grievances via common law rules before a common-law jury. By filing a common-law complaint, the plaintiffs have exercised this right. However, the court's refusal to recognize this right through the clerk's actions may be seen as an act of insurrection and rebellion against the Constitution.

The court's actions, through the clerk's refusal to recognize the Seventh Amendment protected provisions, may be seen as a challenge to the authority of the Constitution. By refusing to acknowledge the plaintiffs' right to a trial by jury and their right to petition the government for redress of grievances, the court may be seen as operating outside of its constitutional authority. This could be considered an act of insurrection and rebellion against the Constitution, as it undermines the fundamental principles of due process and the rule of law.

In essence, the court's actions may be seen as a threat to the constitutional order and the principles of due process that underlie it. By refusing to recognize the plaintiffs' rights under the Seventh Amendment, the court may be seen as operating in a manner that is inconsistent with the Constitution and the laws of the United States, equating to "operating in clear absence of all jurisdiction", and so the allegation is.

## CERTIFICATION, VERIFICATION, VALIDATION

The aforementioned affidavit is wholly accurate, attested, declared, affirmed, proclaimed, decreed and ordered as such. It is witness by and before God on this day under penalty of law if held otherwise. All parties have been served a copy of this petition on or about this November 5, 2024 the date of receipt of the order from the court, which appears to of been a calculated threat. For the court states that if someone doesn't respond by November 15 that the case would be dismissed for lack of prosecution. The Attorney General had 60 days to respond, the court is well aware of such, and since the Attorney General had 60 days to respond from the date of June 9, 2024 that would mean that the Attorney General had until September 7, 2024. From September 7 to November 15, a little over 2 months seems to violate the rules of the court respecting some arbitrary rule about failure to prosecute, but we are sui juris and do not know about these internal policies and procedures of the court these secret rules that are not made public I/We must object to such, so help us God!"

Eeon, SUI JURIS

Under Common Law Contract!

**Eeon, Natural man**
Digitally signed by Eeon, Natural man
DN: cn=Eeon, Natural man, c=US, o=A private sole proprietor foundational trust organization, ou=THE EEON FOUNDATION, email=eeon@eeon.tv
Date: 2024.11.05 09:38:19 -08'00'

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/24/2024 at 4:05 PM and filed on 10/24/2024
**Case Name:**     EEON et al v. UNITED STATES OF AMERICA et al
**Case Number:**   1:24-cv-01626-CJN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. Plaintiffs have filed three motions for default judgment, but it appears that they have not served process on any defendant. Accordingly, Plaintiffs' [2] [3] [4] Motions for Default Judgment are DENIED. Plaintiffs are ORDERED to provide proof of service on Defendants on or before November 15, 2024. If Plaintiffs fail to meet that deadline, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 4(m) and Local Civil Rule 83.23. So ORDERED by Judge Carl J. Nichols on October 24, 2024. (lccjn2)**

**1:24-cv-01626-CJN Notice has been electronically mailed to:**

**1:24-cv-01626-CJN Notice will be delivered by other means to::**

EEON
304 S Jones Blvd
Las Vegas, NV 89107

MAUREEN ZINK DELANE
24755 Chagrin Blvd
Ste 200
Cleveland, OH 44122



July 21, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9502 1152 0251 4183 3919 38**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2024, 5:03 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | E ANDERSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



July 21, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 1152 0251 4183 3919 52**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2024, 8:41 am |
| **Location:** | WASHINGTON, DC 20551 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | A FISH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

July 21, 2024

Dear ee on:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 1152 0251 4183 3919 76**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | July 8, 2024, 8:41 am |
| **Location:** | WASHINGTON, DC 20551 |
| **Postal Product:** | USPS Ground Advantage™ - Retail |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | A FISH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

Signature of Recipient: [signature]

Address of Recipient: [FRB 20551]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CERTIFICATE OF SERVICE

    I, Eeon, Sole Proprietor of the Eeon Foundation, do hereby certify and verify that the enclosed document titled "Clarification Warranted Under the Rules of Common Law, Response via Affidavit" was mailed as follows:

United States District Court for the District of Columbia
E. Barrett Prettyman Federal Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001        U.S.P.S. Tracking No.: 9410811206205431866748

Federal Reserve, et al
20th Street & Constitution Avenue N.W.
Washington, D.C. 20551-0001        U.S.P.S. Tracking No.: 9410811206205431861323

Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue N.W.
Washington, D.C. 20551        U.S.P.S. Tracking No.: 9410811206205431883417

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530        U.S.P.S. Tracking No.: 9410811206205431884285

Dated on this 6th day of November 2024.

/s/ Eeon