UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EEON FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil Action No. 24-1626 (SLS) |

### ORDER

Plaintiff, appearing pro se, has sued numerous defendants. *See* ECF No. 1. Plaintiff is not proceeding *in forma pauperis* and therefore is responsible for preparing and presenting the summonses to the Clerk for issuance and arranging to have the summonses and a copy of the complaint served on each defendant in accordance with Federal Rules of Civil Procedure 4(b) and 4(c). Under Federal Rule of Civil Procedure 4(m), a plaintiff is required to serve defendants within 90 days of when the original complaint was filed or to show good cause for needing additional time. If not, after notice to a plaintiff, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

In a Minute Order dated October 24, 2024, this Court ordered that the Plaintiff file proof of service by November 15, 2024, or face dismissal without prejudice. *See* Minute Order of Oct. 24, 2024. On November 8, 2024, the Plaintiff filed a Motion to Clarify in which the Plaintiff makes several arguments with varying degrees of connection to the proof of service requirement under Rule 4(m), including that the Court ignored the Plaintiff's alleged change of address. *See* ECF No. 6 at 6. But the docket does not reflect issuance of summonses and service of process on any Defendant, and the 90-day period for service has expired.

Accordingly, it is **ORDERED** that by March 10, 2025, the Plaintiff must either cause process to be served upon the Defendants and proof of service to be filed with the Court or show in writing why this case should not be dismissed for failure to prosecute. Failure to make such filings will result in the dismissal of this case without prejudice.

                                                                         _____
                                                                          SPARKLE L. SOOKNANAN
                                                                          United States District Judge

Date:  February 6, 2025