UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EEON FOUNDATION, | |
| *Plaintiff*, | Civil Action No. 24-1626 (SLS) |
| v. | Judge Sparkle L. Sooknanan |
| UNITED STATES OF AMERICA, *et al.*, | |
| *Defendants*. | |

## ORDER

The Plaintiff, Eeon Foundation, filed this Complaint against a long list of Defendants alleging multiple violations of the Constitution and other laws. *See* Compl., ECF No. 1. Because the Plaintiff has failed to effectuate service on the Defendants, the Court dismisses the Complaint.

Under Federal Rule of Civil Procedure 4(m), a plaintiff is required to serve a defendant within 90 days of when the original complaint was filed or to show good cause for needing additional time. *See* Fed. R. Civ. P. 4(m). If the defendant is not served within 90 days, after notice to the plaintiff, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

The Plaintiff filed the Complaint in this action on June 3, 2024. *See* Compl. On October 24, 2024, the Court ordered the Plaintiff to provide proof of service by November 15, 2024, or face dismissal without prejudice. *See* Minute Order (Oct. 24, 2024). On November 8, 2024, the Plaintiff filed a Motion to Clarify, making arguments with varying degrees of connection to the proof of service requirement under Rule 4(m), including that the Court ignored the Plaintiff's alleged change of address. *See* Mot. Clarify at 6, ECF No. 6. But because the docket still did not reflect issuance of summonses and service of process on any Defendant, the Court issued an Order

2

on February 6, 2025, ordering the Plaintiff to file proof of service by March 10, 2025, or show good cause for an extension of time to effect service. *See* Order at 1, ECF. No. 7. The Court noted that failure to do so would result in dismissal without prejudice. *See id*. at 2. The Plaintiff has not complied with this Order or otherwise responded to the Order.

Accordingly, the Court ORDERS that the case is DISMISSED WITHOUT PREJUDICE under Rule 4(m).

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:  March 20, 2025